Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 MAY -1 PM 4:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Josephine Cleveland, Pro Se

vs

DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, NEW CENTURY MORTGAGE CORPORATION, CHASE HOME FINANCE, LLC.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0802 JM NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Josephine Cleveland
908 Paradise Knoll Ct.
National City, CA 91950

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                              MAY 01 2008
_____          _____
CLERK                                                                         DATE

By _____, Deputy Clerk

Summons in a Civil Action                                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)