Summons in a Civil Action (Rev. 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Josephine Cleveland, Pro Se

vs

DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, NEW CENTURY MORTGAGE CORPORATION, CHASE HOME FINANCE, LLC.

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0802 JM NLS**

TO: (Name and Address of Defendant)

Deutsche Bank National Trust Co.
c/o Randall D. Naiman (81048)
4660 La Jolla Village Dr., Ste 500
San Diego, CA 92122

FAXED — 5/1/08, 10:27 P.M.
(858) 535-4809.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Josephine Cleveland
908 Paradise Knoll Ct.
National City, CA 91950

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK                                                         DATE

J. PARIS
(SEAL)
By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

08cv802 JM-NLS

FILED

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 5/2/2008 |
| NAME OF SERVER Dennis Gray | TITLE TRANSMITTER |

08 MAY 2 AM 10 55

BY _____ KWH _____ DEPUTY

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[x] Other (specify): P O Box 744, Bonita, California state [91908]

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 5/2/2008
Date

Signature of Server

P O Box 744, Bonita, California state [91908]
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)





