Proof of Service TRO

Case # 08-CV-0802 JM NLS

Dennis Bray
5/7/08

Attorney For:
Deutsche Bank
Randall Newman
(858) 535-4808
(858) 535-4809 - FAX
       & 4805 - FAX

FILED
08 MAY -7 AM 10:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Sent To: CHASE HOME FINANCE, LLC.
Street: 10790 Rancho Bernardo Road
City, State: San Diego, 92127

Postmark: MAY -7 2008, DOWNTOWN STATION SAN DIEGO CA, USPS 92101
7008 0150 0002 6259 4083

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

IRVINE CA 92602

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.77 |

Sent To: NEW CENTURY MORTGAGE CORP.,
Street: 350 Commerce, Suite 200
City, State: Irvine, CA 92602

7008 0150 0002 6259 4076

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

SAN DIEGO CA 92122

| | |
|---|---|
| Postage | $0.97 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total | $5.77 |

Sent To: DEUTSCHE BANK NATIONAL
C/O Randall D. Naiman, Esq. (81048),
NAIMAN LAW GROUP, PC.,
4660 La Jolla Village Drive, Suite 500,
San Diego, CA 92122

7008 0150 0002 6259 4069