



Case # 08CV0802 JM NLS.

Josephine Cleveland

vs

Deutsche Bank.

Dennis Bray  4/8/08