Josephine Cleveland
908 Paradise Knoll Court
National City, CA 91950



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Josephine Cleveland, Pro se ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 08cv0802 JM (NLS) |
| Vs. ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | SUPPLEMENT TO |
| COMPANY, TRUSTEE FOR NEW ) | SECOND AMENDED MOTION |
| CENTURY, NEW CENTURY ) | FOR EX PARTE TEMPORARY |
| MORTGAGE CORP., CHASE HOME ) | RESTRAINING ORDER |
| FINANCE, LLC. ) | |
| ) | |
| Defendant's. ) | |

### SUPPLEMENT TO SECOND AMENDED

### MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

Comes now, Josephine Cleveland. Stating:

Yesterday I filed an amended motion for a Temporary Restraining Order to address the concerns raised by the Court in your Order of May 6, 2008 and to address those issues specifically in regard to the providing of effective relief, making clear that the opposing side had been served with the amended motion and addressing the likelihood of success on the merits and the issue of irreparable harm. Hopefully, all of those issues were addressed to the Court's satisfaction in my second amended motion. The opposing side has been provided with the second amended motion as well.

Josephine Cleveland

Supplement to Second Amended TRO, 5-7-08 - 1

As your honor knows, unless a Temporary Restraining Order is issued on a preliminary basis, we may be removed from possession of the property. This would have a devastating impact on our family and my children, and could result in our becoming homeless.

I am very sensitive to the Court's desire to insure fairness and the opportunity to be heard and to know that the opposing side has the opportunity to respond to the second amended motion. Due to the drastic consequences I and my family will face if a Temporary Restraining Order is not issued, I would implore the Court to issue the Order at least on a preliminary basis prior to receiving a response from the opposing side. As the Court knows, in the event that, after the opposing side responds, if the Court finds that the preliminary Order was issued improvidently, the Court can always dissolve the Order forthwith.

Thank you for your consideration of this matter. I have also delivered a copy of this Supplement Via Fax to: (858) 535-4809 and (858) 535-4805 and USPS Certified Mail Return Receipt Requested to the opposing side as I am well aware that there should be no ex parte communications with the Court.

## VERIFICATION

The undersigned, Josephine Cleveland, says that she has read the foregoing Supplement to Amended emergency Motion for Ex Parte Temporary Restraining Order, and, under the penalty of perjury, that the facts contained therein are true and correct.

*Josephine Cleveland*   5-8-08
JOSEPHINE CLEVELAND    Date

Josephine Cleveland

Supplement to Second Amended TRO, 5-7-08 - 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, Amended emergency Motion for Ex Parte Temporary Restraining Order to DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, C/O Randall D. Naiman, Esq. (81048), NAIMAN LAW GROUP, PC., 4660 La Jolla Village Drive, Suite 500, San Diego, CA 92122, NEW CENTURY MORTGAGE CORP., 350 Commerce, Suite 200, Irvine, CA 92602, and to CHASE HOME FINANCE, LLC. 10790 Rancho Bernardo Road, San Diego, 92127. Via Certified Mail Return Receipt Requested. Faxed to DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, C/O Randall D. Naiman, Esq. (81048), NAIMAN LAW GROUP, PC., at FAX # (858) 535-4805.

This 8th, day of May, 2008.

*Josephine Cleveland*
Josephine Cleveland, Plaintiff
908 Paradise Knoll Ct.
National City, CA 91950
Phone; 619-434-4799