JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST
COMPANY, and CHASE HOME FINANCE
LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINE CLEVELAND, PRO SE, | **CASE NO.: 08CV0802JM-NLS** |
| Plaintiffs, | **JUDGE:**    Hon. Jeffrey T. Miller |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, NEW CENTURY MORTGAGE CORP., CHASE HOME FINANCE LLC, | **REQUEST FOR JUDICIAL NOTICE** |
| Defendant. | **Action Filed:** 5/1/08 |

**TO PLAINTIFF AND ALL INTERESTED PARTIES HEREIN:**

Defendants Chase Home Finance LLC ("Chase"), and Deutsche Bank National Trust Company, trustee for New Century ("Deutsche" and collectively "Defendants"), hereby requests that, in connection with the opposition to the Second Amended Motion for *Ex Parte* Temporary Restraining Order ("Application") of plaintiff Josephine D. Cleveland ("Cleveland") that this court take judicial notice, pursuant to Federal Rules of Evidence §§ 201(b), 201(c), and 201(d), of the following documents:

1

1054287.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1.     A true and correct copy of the deed of trust ("DOT") encumbering the property located at 908 Paradise Knoll Court, National City, California ("Subject Property") that was recorded with Official Records San Diego County on October 28, 2005 as instrument number 2005-0940098 as Exhibit 1.

2.     A true and correct copy of the Corporate Assignment of Deed of Trust that was recorded with Official Records San Diego County on October 17, 2006 as instrument number 2006-0735147, as Exhibit 2.

3.     A true and correct copy of the Substitution of Trustee that was recorded with Official Records San Diego County on October 18, 2006 as instrument number 2006-0738214, as Exhibit 3.

4.     A true and correct copy of the Notice of Default and Election to Sell Under Deed of Trust ("NOD") that was recorded with Official Records San Diego County on August 29, 2007 as instrument number 2007-057211, as Exhibit 4.

5.     A true and correct copy of the Substitution of Trustee recorded with Official Records San Diego County on October 19, 2007 as instrument number 2007-0671224, in favor of NDEx West, LLC ("NDEX"), as Exhibit 5.

6.     A true and correct copy of the Notice of Trustee's Sale ("NOT") recorded with Official Records San Diego County as instrument number 2008-0024810 on January 18, 2008, as Exhibit 6.

7.     A true and correct copy of the Assignment of Deed of Trust recorded with Official Records San Diego County on February 20, 2009 as instrument number 2008-0084714, as Exhibit 7.

8.     A true and correct copy of the Trustee's Deed Upon Sale recorded on March 4, 2008 with Official Records County of San Diego as instrument number 2008-0111362, as Exhibit 8.

9.     True and copies of a Deed of Trust, a Quitclaim Deed, and Declaration of Acceptance recorded by Plaintiff with Official Records San Diego County, as Exhibit 9.

///

///

///

1054287.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1        10.    A true and correct copy of an order granting a motion for summary judgment in favor

2    of Deutsche in the unlawful detainer action *Deutsche v. Cleveland,* San Diego County Superior

3    Court case number 37-2008-00030649-CL-UD-SC, as Exhibit 10.

4

5

6    DATED:  May 12, 2008

                       ADORNO YOSS ALVARADO & SMITH
                       A Professional Corporation

7

8                           By: _____

9                           S. CHRISTOPHER YOO

10                          ROCIO HERRERA
                       Attorneys for Defendants

11                          DEUTSCHE BANK NATIONAL TRUST
                       COMPANY, and CHASE HOME FINANCE

12                          LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

REQUEST FOR JUDICIAL NOTICE

1054287.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On May 12, 2008, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐    (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 12, 2008, at Santa Ana, California.

Veronica Delgado
Veronica Delgado

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

**SERVICE LIST**
**Josephine Cleveland v. Deutsche Bank, et al.**
**USDC-Southern District Case No. 08CV0802JM-NLS**

Josephine Cleveland
908 Paradise Knoll Court
National City, CA 91950

**Plaintiff in Pro Per**