# EXHIBIT 2

Recording Requested By:
FIRST AMERICAN TITLE

DOC # 2006-0735147



Recording Requested By:
CHASE HOME FINANCE LLC

OCT 17, 2006   8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        12.00
PAGES:        2        DA:    1

When Recorded Return To:

Daisy Castillano
CHASE HOME FINANCE LLC         2729
10790 Rancho Bernardo Rd
San Diego, CA 92127



2006901920346
3862279

2006-0735147

## CORPORATE ASSIGNMENT OF DEED OF TRUST

San Diego, California
SELLER'S SERVICING #:21906318 "CLEVELAND"
SELLER'S LENDER ID#: 625

Prepared By:  DAISY CASTILLANO, CHASE HOME FINANCE LLC 10790 RANCHO BERNARDO RD, SAN DIEGO, CA 92127
800-548-7912

For Value Received, NEW CENTURY MORTGAGE CORPORATION hereby grants, assigns and tranfers to DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE at _____ all beneficial interest under that certain Deed of Trust dated 10/22/2005, in the amount of $547,960.00, executed by JOSEPHINE D CLEVELAND, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY to NEW CENTURY MORTGAGE CORPORATION and Recorded: 10/28/2005 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2005-0940098 in San Diego, California

Together with the note or notes therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

NEW CENTURY MORTGAGE CORPORATION
On 9/25/06

_Alfred Vandermade_
A.V.P. Shipping Manager

STATE OF _____
COUNTY OF _____

On _____ before me, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Notary Expires:   /   /

(This area for notarial seal)

*MZ*MZCHCA*09/11/2006 02:45:45 PM* CHCA01CHCAA00000000000000000560184* CASAN D* 21906318 CASTATE_TRUST_ASSIGN_ASSN *MZ*MZCHCA*

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On **September 25, 2006** before me **Erika Reyes**, A Notary Public in and for Orange County and the State of California, personally appeared **Alfred Vandermade, A.V.P./ Shipping Manager,** who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

Witness my hand and official seal

Signature of Notary Public

**Erika Reyes**
**COMMISSION # 1455401**
**COMMISSION EXPIRES:**
December 9, 2007

**EXHIBIT 3**

Requested and Prepared by:
FIRST AMERICAN TITLE INSURANCE
COMPANY

When Recorded Mail To:
LOANSTAR MORTGAGEE SERVICES, L.L.C.
P.O. BOX 9013
ADDISON, TEXAS 75001-9013

3822

DOC # 2006-0738214



OCT 18, 2006    8:00 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        13.00
PAGES:          3

2006-0738214

Space above this line for Recorder's use only

TS No. :  20069019203646
TSG No.:  3062279

## SUBSTITUTION OF TRUSTEE

**JOSEPHINE D CLEVELAND, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**

was the original Trustor,                    **ALLIANCE TITLE**
was the original Trustee, and

**NEW CENTURY MORTGAGE CORPORATION**

was the original Beneficiary under that certain Deed of Trust dated   10/22/2005   and recorded on 10/28/2005
as Instrument No.   **2005-0940098**   , in Book              , Page             , and re-recorded
            as Instrument No.                of Official Records of      **SAN DIEGO**
County, California; and

   WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

   WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

   NOW, THEREFORE, the undersigned hereby substitute, **LOANSTAR MORTGAGEE SERVICES, L.L.C.** WHOSE ADDRESS IS:  P.O. BOX 9013, ADDISON, TX  75001-9013, as Trustee under said Deed of Trust.

   Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

LS129 - 10/97 (2/16/05)

SUBSTITUTION OF TRUSTEE - PAGE 2          **3823**

TS No.: 20069019203646                                                California
TSG No.: 3062279
Loan No.: ****6318/CLEVELAND

|  |  |
|---|---|
| Date: SEP 7 2006 | DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE<br>BY CHASE HOME FINANCE LLC AS ATTORNEY-IN-FACT<br>*(signature)*<br>Georgia L. King<br>Assistant Vice President |

State of    California    )
                         §
County of   San Diego    )

On __SEP 7 2006__ before me, __ANTONIO PEREZ__ Notary Public, personally appeared __Georgia L. King__ personally known to me ~~(or proved to me on the basis of satisfactory evidence)~~ to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that ~~he/she/~~they executed the same in ~~his/her/~~their authorized capacity(ies), and that by ~~his/her/~~their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _(signature)_ (Seal)

[Notary Seal: ANTONIO PEREZ, COMM. #1682310, NOTARY PUBLIC • CALIFORNIA, SAN DIEGO COUNTY, Commission Expires July 18, 2010]

LS132 - 10/05 (SOT - Crystal Report)

# AFFIDAVIT

## 3824

TS NUMBER: 20069019203646

TRUSTOR: JOSEPHINE D CLEVELAND, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

I, DeeAnn Gregory, Trustee Sale Officer, declare: That I am an officer, agent or employee of LoanStar Mortgagee Services, L.L.C. whose address is P.O. Box 9013, Addison, Texas 75001-9013.

A copy of the attached substitution has been mailed prior to the recording thereof, in the manner provided in Section 2924 (b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 10-16-06

By: _DeeAnn Gregory_ (signature)
DeeAnn Gregory
Declarant

LS138 - 10/97 (05/07/2002 - 2000)

**EXHIBIT 4**

DOC # 2007-0572511 

Recording requested by:
NORTH AMERICAN TITLE COMPANY - California

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

AUG 29, 2007     8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        12.00
PAGES:          2        DA:    1



210

2007-0572511

DFF20070161904345

Space above this line for Recorder's use only

Trustee Sale No. : 20070161904345     Title Order No.: 1145041

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this Notice of Default may be recorded (which date of recordation appears on this notice).

This amount is $29,130.86 as of 8/28/2007 and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

IMPORTANT NOTICE
NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**211**

Trustee Sale No. : 20070161904345        Title Order No.: 1145041

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

CHASE HOME FINANCE, LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION
c/o NDEx West, LLC
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.
Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT:** NDEx West, LLC is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated 10/22/2005, executed by JOSEPHINE D CLEVELAND A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor, to secure obligations in favor of NEW CENTURY MORTGAGE CORPORATION, as Beneficiary Recorded on 10/28/2005 as Instrument No. 2005-0940098 of official records in the Office of the Recorder of SAN DIEGO County, California, as more fully described on said Deed of Trust. Including a Note(s)/ Unconditional Guaranty which had a principal amount of $547,960.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 3/1/2007 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES AS SET FORTH IN SAID NOTE AND DEED OF TRUST, ADVANCES, ASSESSMENTS, FEES, AND/OR TRUSTEE FEES, IF ANY.

NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE DEED OF TRUST, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said agent, a written Declaration of Default and Demand for same, and has deposited with said agent such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

DATED: 8/28/2007

NDEx West, LLC as Agent for Beneficiary
By: NORTH AMERICAN TITLE COMPANY - California, authorized agent

By: *[signature]* THERESA CARSON

**EXHIBIT 5**

2538

DOC # 2007-0671224

OCT 19, 2007  8:00 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:  10.00
PAGES:  2

2007-0671224

Recording requested by:
NORTH AMERICAN TITLE COMPANY - California

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

SUB20070161904345

Trustee Sale No.: 20070161904345    Title Order No.: 1145041

Space above this line for Recorder's use only

## SUBSTITUTION OF TRUSTEE

WHEREAS, JOSEPHINE D CLEVELAND A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY was the original Trustor, ALLIANCE TITLE was the original Trustee, and NEW CENTURY MORTGAGE CORPORATION was the original Beneficiary Recorded on 10/28/2005 as Instrument No. 2005-0940098 of official records in the Office of the Recorder of SAN DIEGO County, California, as more fully described on said Deed of Trust.; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned hereby substitutes, NDEx West, L.L.C., WHOSE ADDRESS IS: 15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED: OCT 0 4 2007

DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY

Susana Morales
Vice President

State of __California__
County of __San Diego__

On __OCT 0 4 2007__ before me, __Julia Poindexter__ Notary Public, personally appeared __Susana Morales__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _Julia Poindexter_ (Seal)

My commission expires: _____

JULIA POINDEXTER
COMM. #1736447
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Apr. 3, 2011

FCUS_SubstituteOfTrustee.rpt - 06/06/2007 - Ver-22

Page 1 of 1

NDEx West, L.L.C
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
Telephone: (866) 795-1852
Telecopier: (972) 661-7800

# AFFIDAVIT

TRUSTEE'S SALE NUMBER:    20070161904345

I, Randy Middleton, the undersigned, a United States Citizen declare that:

I am an employee, over the age of eighteen years, of

NDEx West, L.L.C., and/or NDEX,

whose business address is:

15000 Surveyor Boulevard, Suite 500, Addison, Texas 75001-9013

In compliance with Section 2934a(b) of the Civil Code of the State of California, Notice has been given to the prior trustee then of record, that NDEx West, L.L.C. has been substituted as trustee under the Deed of Trust described in the attached copy of Substitution of Trustee and a copy of said Substitution of Trustee has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

NDEx West, L.L.C., and/or NDEX

_____       _____October 8, 2007_____
Randy Middleton                          DATED
(Declarant)

State of    TEXAS    }
County of  DALLAS   }

On October 8, 2007 before me, Patrick De Jesus Notary Public, personally appeared Randy Middleton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature: _____ (Seal)

My commission expires: _____

PATRICK DE JESUS
Notary Public
State of Texas
My Comm. Exp. 07-02-2011



SBC2007016190434