# EXHIBIT 6

Case 3:08-cv-00802-JM-NLS   Document 14-6   Filed 05/12/2008  DOC# 2008-0024810

Recording requested by:
NORTH AMERICAN TITLE COMPANY - California
JAN 18, 2008   8:00 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:     9.00

PAGES:   1

When Recorded Mail To:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852

**1234**



NOTS20070161904345



Space above this line for Recorder's use only

Trustee Sale No. : 20070161904345    Title Order No.: 1145041    FHA/VA/PMI No.:

# NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 10/22/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

NDEx West, LLC, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 10/28/2005 as Instrument No. 2005-0940098 of official records in the office of the County Recorder of SAN DIEGO County, State of CALIFORNIA.

EXECUTED BY:    JOSEPHINE D CLEVELAND A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY,
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States).
DATE OF SALE:     02/05/2008        TIME OF SALE:        10:00 A.M.
PLACE OF SALE:    AT THE ENTRANCE TO THE EAST COUNTY REGIONAL CENTER BY STATUE, 250 E. MAIN STREET, EL CAJON, CA.
STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
908 PARADISE KNOLL COURT, NATIONAL CITY, CALIFORNIA 91950
APN#:    557-220-59

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $569,363.31. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
PRIORITY POSTING & PUBLICATION
17501 IRVINE BLVD., SUITE ONE
TUSTIN, CA 92780
714-573-1965
www.priorityposting.com

NDEx West, L.L.C. MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

NDEx West, L.L.C. as Authorized Agent

_____  Dated: 01/10/2008
BY: Jesus Angulo

FCUS_NoticeOfTrusteeSale.rpt - Record - 12/04/2007 - Ver-16

**EXHIBIT 7**



DOC# 2008-0084714

FEB 20, 2008    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J SMITH, COUNTY RECORDER
FEES:    17.00
                       DA.    1
PAGES:    3

Recording requested by:
**NORTH AMERICAN TITLE COMPANY - California**

When Recorded Mail To:
**NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013**

**1985**

L# 21906318
ASSG20070161904345

Space above this line for Recorder's use only

Trustee Sale No.: 20070161904345    Title Order No.: 1145041

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY all beneficial interest under that certain Deed of Trust dated **10/22/2005**, executed by **JOSEPHINE D CLEVELAND A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**, as Trustor to ALLIANCE TITLE, Trustee, and Recorded on **10/28/2005** as Instrument No. **2005-0940098** of Official Records in the County Recorder's office of **SAN DIEGO** County, California. Describing land therein: **AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated    **FEB 0 7 2008**

DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE

Clayton Scherf    **Vice President**

CAASGNDOT.rpt - (01/25/08) / Ver-12                                Page 1 of 2

**1986**

State of     California     }
County of    San Diego      }

On ___FEB 0 7 2008___ before me, **K. SITAKET**,
Notary Public, personally appeared ___Clayton Scherf___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(If signed and notarized in California):

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

My commission expires: ___JUN 2 2 2011___

K. SITAKET
COMM. #1752486
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Jun. 22, 2011

1987

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

**State of California**

}ss

**County of San Diego**

On ___FEB 0 7 2008___ before me, ___K. SITAKET___, Notary Public, personally appeared ___Clayton Scherf___, proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under laws of the State of California that the foregoing paragraph is true and correct.

[Notary Seal: K. SITAKET, COMM. #1752486, NOTARY PUBLIC • CALIFORNIA, SAN DIEGO COUNTY, Commission Expires Jun. 22, 2011]

*Notary Seal*

WITNESS my hand and official seal.

Signature: ___K. Sitaket___

Printed Name: ___K. SITAKET___

--------------------------------OPTIONAL--------------------------------

**Description of Attached Document**

Title or Type of Document: _____

Loan or Case Number: _____

Document Date: _____

**Capacity(ies) Claimed by Signer**

Signer(s) Name: _____

Capacity: _____

Signer is representing: _____