# EXHIBIT 8

Recording requested by:
NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013

When Recorded Mail to and Mail Tax Statement to:
DEUTSCHE BANK NATIONAL TRUST .et al
c/o CHASE HOME FINANCE, LLC, SUCCE .et al
10790 RANCHO BERNARDO ROAD
SAN DIEGO, CA 92127

NORTH AMERICAN TITLE CO.

2404

TDUS20070161904345

DOC # 2008-0111362

MAR 04, 2008   8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:   12.00
OC:     NA

PAGES:   2

Space above this line for Recorder's use only

Trustee Sale No.: 20070161904345      Title Order No.: 1145041

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was      $614,019.46
3) The amount paid by the grantee at the trustee sale was    $614,019.46
4) The documentary transfer tax is N/A
5) Said property is in the city of NATIONAL CITY
6) APN# 557-220-59

NDEX West, L.L.C., as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of SAN DIEGO, State of California, described as follows:

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, AND IS DESCRIBED AS FOLLOWS:

LOT 5 OF PARADISE KNOLL, IN THE CITY OF NATIONAL CITY, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14269, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 11, 2001.

ASSESSORS PARCEL NUMBER: 557-220-59

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 10/22/2005 and executed by JOSEPHINE D CLEVELAND A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY Trustor(s), and Recorded on 10/28/2005 as Instrument No. 2005-0940098 of official records of SAN DIEGO County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein

FCUS_TrusteeDeedUponSale.rpt- (11/9/07) / Ver-13                                    Page 1 of 2

Trustee Sale No.: 20070161904345      Title Order No.: 1145041

described property at public auction on **02/19/2008**. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being **$614,019.46** in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

DATED: 02/28/2008

**2405**

NDEx West, L.L.C., as Trustee

_____ Authorized Agent
Ric Juarez

DATED: 2/29/08

State of   TEXAS }
County of  DALLAS }

On  2/29/08  before me, __Kellie C. Boswell__ Notary Public, personally appeared __Ric Juarez__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: __Kellie C. Boswell__  (Seal)

My commission expires: __9/19/2010__

KELLIE C BOSWELL
My Commission Expires
September 19, 2010

Case 3:08-cv-00802-JM-NLS   Document 14-7   Filed 05/12/2008   Page 4 of 19

**EXHIBIT 9**

DOC # 2007-0495570

RECORDING REQUESTED BY
KING STAHLMAN BAIL BONDS
1140 Union Street
San Diego, CA 92101
(619) 232-7127

AND WHEN RECORDED MAIL TO
KING STAHLMAN BAIL BONDS
1140 Union Street
San Diego, CA 92101
(619) 232-7127

11738

JUL 24, 2007    3:58 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:         14.00
PAGES:           2           DA:      1

2007-0495570

# DEED OF TRUST

This Deed of Trust, Made this __6__ day of __April__, 2007.
Between __Josephine D. Cleveland__, herein called TRUSTOR,
MICHAEL HARDWICK herein called TRUSTEE, and GEORGE STAHLMAN, herein called BENEFICIARY, WITNESSETH: That TRUSTOR hereby GRANTS
to TRUSTEE, IN TRUST, WITH POWER OF SALE, all that property in the County of __San Diego__, State of California,
described as:

Lot __5__ Block ____ Tract __14269__ APN __557-220-59-00__

as per map ____ recorded in Book ____ Page ____ of Maps, Miscellaneous Records
in the office of the County Recorder of __San Diego__ County.
Site __908 Paradise Knoll Ct National City CA. 91950__
Legal Description __LOT 5__

FOR THE PURPOSE OF SECURING payment to the said Beneficiary, of the monies due to and of all losses, damages, expenditures and liability suffered, sustained, made or incurred by GEORGE STAHLMAN, hereinafter called the Surety or Beneficiary (and as more fully set forth and described in a certain indemnity agreement, which agreement is made a part hereof by reference as though herein fully set forth) on account of, growing out of, or resulting from the execution of a certain bond on behalf of __Jay Cleveland__ in the matter of __The People of the State of Calif vs Jay Cleveland__ and for which amounts and the matters set forth in the said indemnity agreement, the presents are security (Bond No. __I5100K-2140 $100,000__

IT IS AGREED AND CONDITIONED that a certificate signed by the Beneficiary at any time hereafter setting forth that the said bond has been declared forfeited or that a loss, damage, expenditures or liability has been sustained by the Beneficiary on account of the aforesaid Undertaking; the date or dates and amount or amounts of such loss, damages, expenditures and/or liability; that payment has been demanded of the party or parties on whose behalf the aforesaid Undertaking was or is about to be executed; and that such loss, damages, expenditures or determined liability has not been paid to the Beneficiary, shall be conclusive and binding on the Trustor, and shall be the warrant of the Trustee to proceed forthwith to foreclose and sell upon the security herein, and from the proceeds of sale (after deducting expenses including cost and search of evidence of title) pay to the Beneficiary the amount so certified, including interest at ten percent per annum from demand to date of payment and attorney's fees.

IT IS FURTHER AGREED THAT: UPON Delivery of said certificate to Trustee, Beneficiary may declare all sums or obligations secured hereby due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be duly filed for record.

IT SHALL BE DEEMED SUFFICIENT if proceedings to foreclose and sell the security herein are executed by anyone of the above-named Trustees and it shall be deemed sufficient if a full reconveyance is executed by any of the above-named Trustees; and, said one Trustee shall be deemed to be the attorney-in-fact for the other Trustees for those purposes. That authority thus granted herein shall be deemed to be coupled with an interest and shall not be affected by the death or incompetence of any of the Trustees for whom such one Trustee shall be acting.

THE UNDERSIGNED TRUSTOR REQUESTS that a copy of any notice of default and of any notice of sale hereunder be mailed to him at this mailing address opposite his signature hereto. Failure to insert such address shall be deemed a waiver of any request hereunder for a copy of such notices.

| SIGNATURE OF TRUSTOR | STREET AND NUMBER | CITY | STATE | |
|---|---|---|---|---|
| Josephine D. Cleveland | 908 Paradise Knoll Ct. | N.C. | CA | 91950 |

STATE OF CALIFORNIA
COUNTY OF __SAN DIEGO__ ss.

On __APRIL 6, 2007__ Before me __MARY ANN ZINGG__, Notary Public, personally appeared __JOSEPHINE D. CLEVELAND__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the Instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal

Signature __Mary Ann Zingg__

(SEAL) MARY ANN ZINGG
Commission # 1460040
Notary Public - California
San Diego County
My Comm. Expires Oct 18, 2007

11739

# NOTARY SEAL CERTIFICATION

(Government Code 27361.7)

I CERTIFY UNDER PENALTY OF PERJURY THAT THE NOTARY SEAL ON THE DOCUMENT TO WHICH THIS STATEMENT IS ATTACHED READS AS FOLLOWS:

Name of the Notary: MARY ANN ZINGG

Commission Number: 1440060    Date Commission Expires: 10/15/2007

County Where Bond is Filed: SAN DIEGO

Manufacturer or Vendor Number: NNA1
(Located on both sides of the notary seal border)

Signature: Ofelea Rodriguez
Firm Name (if applicable)

Place of Execution: San Diego    Date: 7/24/2007

Rec. Form #R10.1 (Rev. 6/11/03)

Recording requested by
Josephine Cleveland

DOC # 2008-0107003

and when recorded, please return this deed
and tax statements to
Josephine D Cleveland
C/O Non-Domestic 908 Paradise Knoll Court
Near National City California [91950]
North America

Use the above mailing location EXACTLY as printed

FEB 29, 2008   2:18 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J SMITH COUNTY RECORDER
FEES    52.00
OC      OC

PAGES: 9

(DTT=0)  10650   557-220-59

Documentary Transfer Taxes=0 and Fees do not apply to this Grant of Land because such charges do not apply to Land transferred by the United States government or by its authority as granted through their Land Patents and because there can be no price or cost attributed to such a Land Patent secured Grant as is made by this Quit Claim Deed, APN#557-220-59, this Land is Private not Public

## QUITCLAIM DEED

No consideration Exchange

The Definition of Land as used in this document is "Land" is not restricted to the earth's surface, but extends below and above the surface  Nor is it confined to solids, but may encompass within its bounds such things as gases and liquids Ultimately "land" is simply and area of three dimensional space   Land is immovable, as distinct from chattels, which are moveable, it is also, in its legal significance, indestructible  The contents of the space may be severed, destroyed or consumed, but the space itself, and so the "land", remains immutable "        Peter Butt, Land Law 9(2nd ed 1988) Reprinted in Black's Law Dictionary, Seventh Edition

Under the authority of the assigns named in United States of America "United States of America "Land Patent Rancho De La Nacion" receipt of which is hereby acknowledged,[GRANATOR] "JOSEPHINE D CLEVELAND as the holder of all relevant title secured rights to the Land and property below described, does bring said Land and property out of Equity status together with all the rights, privileges, immunities and appurtenances of whatsoever nature, thereunto belonging and, does hereby remise, release and forever quitclaim the same to [GRANTEE] Josephine D Cleveland (a sovereign Woman), in her  private natural At Law status as Land and property owner
Said Land and property is located within original jurisdiction boundaries of "San Diego", "California", as described as

"Those portions of Land within "Land Patent Rancho De La Nacion" Within the Township Seventeen South (17S) of Range Two West (R2W) of the San Bernardino Base and Meridian in California; Located at and including  "Lot 5 of Paradise Knoll, in the city of National City, County of San Diego, State of California, according to map thereof No  14269, filed in the office of the county recorder of San Diego County, September 11, 2001  Also know as 908 Paradise Knoll Court, National City, California 91950

This Deed serves as notice to all that may have concern that the above described Land is secured and protected under said "Land Patent" all relevant documents are certified and in the private possession of "Patentee" and are only viewable by appointment

Done and dated _____, now, and nunc pro tunc on the date of the underlying

Signed  _Josephine D. Cleveland_
JOSEPHINE D CLEVELAND (A Trust)

Date 02-29-08    Signature _____

Date _____   Signature _____

State of California
County of RIVERSIDE  ) ss

On 29 FEB 08 before me, ERIC C. CARLSON, Notary Public (name and title of the officer), personally appeared JOSEPHINE D CLEVELAND, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal
Signature _Eric C. Carlson_   (Seal) California

ERIC C. CARLSON
Commission #1668520
Notary Public – California
Riverside County
My Comm Exp May 20 2010

10651

# California all purpose
# Certificate of Acknowledgment

State of California

County of __RIVERSIDE__ } ss

On _29 FEB 08_, __ERIC C. CARLSON, Notary Public__ before me, personally
   Date               (Here insert name and title of the officer)

appeared __JOSEPHINE CLEVELAND__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal

Signature ___[signature]___
    Signature of Notary Public

(Notary Seal)

ERIC C. CARLSON
Commission #1668520
Notary Public – California
Riverside County
My Comm Exp May 20 2010

---

**OPTIONAL SECTION**
**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document_____

Document Date_____  Number of Pages_____

**CAPACITY(IES) CLAIMED BY SIGNER**

Name of Signer_____

Title(s) _____

Signer is Representing _____

2008 New California Acknowledgment   909 517.3553/ 714 639 1165   www.Socalnotaryclasses.com

Recording requested by
Josephine D Cleveland

**10652**

and when recorded, please return this deed
and tax statements to
Josephine D Cleveland
C/O Non-Domestic 908 Paradise Knoll Court
Near National City California [91950]
North America

Use the above mailing location EXACTLY as

# DECLARATION OF ACCEPTANCE

## OF LAND PATENT ASSIGMENT
## UNITED STATES OF AMERICA "Rancho De La Nacion Patent'

---*---

KNOWN ALL MEN BY THESE PRESENTS That, Josephine D Cleveland (a sovereign Woman),, does hereby certify and declare as follows That she accepts the assignment of all Rights pertaining to the described Land and property including but not limited to the Land Patent secured rights within the United States of America

(1) **The Land Patent Secured Land· The Character of said Land and property so secured by said Land Patent, together with all the rights, privileges, immunities and appurtenances of whatsoever nature thereunto belonging, is here legally described and referenced as**
"Lot 5 of Paradise Knoll, in the city National City, County of San Diego, State of California. according to Map thereof No 14269, filed in the office of the County Recorder of San Diego County, September 11, 2001 Located at Township Seventeen South (17S), Range Two West (2W)

(2) NOTICE AND EFFECT OF A LAND PATENT "A grant of land (Land Patent) is a public law standing on the statue books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward " Wineman v Gastrell, 53 FED 697 , 2 U S App 581  A patent alone passes title to the Grantee Wilcox v Jackson 12 PET (U S ) 498, 10 L Ed 264  All questions of fact decided by the General Land Office are binding everywhere and injunctions and mandamus proceedings will not lie against it Litchfield v Register, 9 Wall (U S ) 575, 19 L Ed 681
Where the United States has parted with title by a patent legally issued and upon surveys legally made by itself and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes Cage v Danks, 13 L A ANN 128

(3) LAND TITLE AND TRANSFER The existing system of land transfer is a long and tedious process involving the observance of many formalities and technicalities, a failure to observe any one of which may defeat title, even where these have been traced to its source, the purchaser must but at peril, there always being, in spite of the utmost care and expenditure the possibility that his title may turn out bad Yeakle, Torrens System 209
If said assignment of related Land Patent is not properly challenged within sixty days (60) in a court of law, it stands as a certainty, because no other party has followed the proper steps to secure lawful title The final certificate or receipt acknowledging the payment in full by a homesteader or Preemptor is not in legal effect a conveyance of land U S v Steenersen, 50 FED 504, 1 CCA 552, 4 U S App 332
Wherefore, said Land Patent secured Rights stand as assigned forever secured in accord with the terms set in said Land Patent signed and sealed under the signature of the President of the United States of America

Signed _Josephine D Cleveland_ All Rights Reserved
Josephine D Cleveland (a sovereign Woman),

Date _____  Signature _____

Date _____  Signature _____

State of California
County of _RIVERSIDE_

On _29FEB08_ before me, _ERIC C CARLSON, Notary Public_ (name and title of the officer), personally appeared _JOSEPHINE D. CLEVELAND_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument
I certify under PENALTY OF PERJURY under the laws of the Sate of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal

Signature _____  (Seal)

ERIC C. CARLSON
Commission #1668520
Notary Public – California
Riverside County
My Comm Exp May 20 2010

# California all purpose
# Certificate of Acknowledgment

State of California

County of __RIVERSIDE__ } ss

On __29 FEB 08__, __ERIC C. CARLSON, Notary Public__ before me, personally
  Date              (Here insert name and title of the officer)

appeared __JOSEPHINE CLEVELAND__, who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which
the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct

WITNESS my hand and official seal

Signature __[signature]__
  Signature of Notary Public

(Notary Seal)

ERIC C. CARLSON
Commission #1668520
Notary Public – California
Riverside County
My Comm. Exp. May 20, 2010

_____OPTIONAL SECTION_____
DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document_____

Document Date_____ Number of Pages_____

CAPACITY(IES) CLAIMED BY SIGNER

Name of Signer_____

Title(s) _____

Signer is Representing:_____

2008 New California Acknowledgment   909 517.3553/ 714 639 1165   www.Socalnotaryclasses.com



Case 3:08-cv-00802-JM-NLS    Document 14-7    Filed 05/12/2008    Page 11 of 19

Now Know Ye that the United States of America in consideration of the premises and pursuant to the provisions of the Act of Congress aforesaid of 3rd March 1851, Have Given and Granted, and by these presents Do Give and Grant unto the said Juan Forster, and to his heirs, the tract of land embraced and described in the foregoing Survey, but with the stipulation, that in virtue of the 15th Section of the said Act, the confirmation of this said claim and this patent, shall not affect the interests of third persons.

To Have and to Hold the said tract with the appurtenances, unto the said Juan Forster and to his heirs and assigns forever, with the stipulation aforesaid.

In testimony whereof I, Andrew Johnson, President of the United States, have caused these Letters to be made Patent and the Seal of the General Land Office to be hereunto affixed.

(L.S.)

Given under my hand at the City of Washington this twenty-eighth day of February in the year of our Lord one thousand eight hundred and sixty six and of the Independence of the United States the ninetieth.

By the President, Andrew Johnson
By Edm. E. Niles, Secretary

M. L. Druell Osborn, Recorder of the General Land Office

# CERTIFICATION PURSUANT TO GOVERNMENT CODE SECTION 27361.7

_Chula Vista_
Place of Execution

I certify under penalty of perjury that this material is a true copy of the original material contained in this document.

_2/29/08_
Date

_[signature]_
Signature of Declarant

_Josephine D. Cleveland_
Type or Print Name

4/94

The United States of America,

To call whom these Presents shall come, Greeting Whereas, it appears from a duly authenticated handscript, suit filed in the General Land Office of the United States, that pursuant to the provisions of the Act of Congress approved the third day of March, one thousand eight hundred and entitled An Act to ascertain and settle the Private Land claims in the State of California, "Juan Forster as claimant filed his to ascertain and settle the Private Land, claims in the State of California, setting as a Board in the City of San Francisco, in which petition he claimed the confirmation of his title to a land know and designated as the Rancho de la Nacion, containing six square miles and situated in the County of San Diego State aforesaid,and claim being founded on a Mexican Grant to said claimant, made on the eleventh day of December, one thousand eight hundred and forty five, by Pio Pico, provisional Governor of the Californias,

And whereas , the Board of Land Commissioners aforesaid on the twenty fourth day of October one thousand eight hundred and fifty four , rendered a decree as appears by a certified handscript on file in the General Land Office, was, on appeal affirmed by the District Court of the United States for the Southern District of California, at the December Term, 1856 of said Court , as follows

This cause coming on to be heard an appeals from the Decision of the United States Board of Land Commissioners to ascertain and settle the private land claims in the state on a Transcript of the proceedings, and decision of said Board and the papers and evidence, upon which said decision was founded, and it appearing to the Court that said Transcript and the   of Appeal have duly filed according to law and counsel for the respective parties having been heard "It is Ordered, adjudged and decreed that the decision of said Board of Commissioners be and the same in hereby affirmed " And it is further adjudged and decreed that the title of the Appiles to the land called Rancho de la Nacion, claimed in this case is judged and sealed the same is hereby confirmed to him to the exist of six square leagues of land and no more, within the boundaries described in the grant and in the to which the grant refers, to on the South East the Juan de San Miguel, on the South west the place called "Challe" and on the Tenth West the ocean, Provided that should the quantity of land within said boundaries be up than six square leagues , those confirmation is hereby made of Juan hp quantity"

"And whereas, under the 13th Section of said Act of 3rd March 1851, there have been founded to the Commissioner of the General Land Office a plat and certificate of the Survey of the tract of land, confirmed as aforesaid authenticated on the 2 day of August 1858, by the signature of the Surveyor General of the Public Land in California, the requirements of the Act of approved 14th June 1860 in regard to the publication of Surveys having been compiled with in this case, which Plot and certicates are the words and figures following to wit " United States Surveyor Gen Office San Francisco, California" under and by virtue of the provisions of the 13th section of the Act ending the 13th of June eighteen hundred and fifty three and for the other purposes, and in consequences of a certificate of the United States District Court for the Southern District of California of which a copy is annexed, having been filed in this office , whereby it appears that the Attorney General of the United States having given notice that it was not the intention of the United States to presents the Appeal from the decision of the said District Court, by which it recognized and confirmed,the title and clause of Juan Forster to the tract of land designated as Rancho de la Nacion, containing six square leagues, the said appeal has been located by the said District Court, and therby the said decision if favor of been surveyed in conformity to the grant thereof and the said decision,

"And I do hereby certify the annexed map to be a time and accurate plat of the said tract oOf land, as appears by the field notes of the survey thereof, made by John G Hays, Deputy Surveyor in the North of June 1855, under the directions of this office, which having been examined and approved are now filed herein, "And I do further certify that under and by virtue of the said confirmation and survey, the said Juan Forster is entitled to the General Land Office, for the said tract of land , the same Beginning of the post marked N North in the mound of earth, on the margin the Bay of San Diego, the same being the South West corner of the Pueblo land of San Diego

Thence measuring the Bay of San Diego according to the ten thirty minutes East , South fifty five degrees East forty three claims the station

Thence, south five degrees fifteen minutes west, sixty three claims to station

Thence, south six degrees thirty minutes east, twenty seven claims to station

# EXHIBIT 10

1  Randall D. Naiman, Esq. - State Bar No. 81048
   NAIMAN LAW GROUP, PC
2  4660 La Jolla Village Drive, Suite 500
   San Diego, California 92122
3  (858) 535-4808 (telephone)
   (858) 535-4809 (facsimile)
4  Randallk@NaimanLaw.com (e-mail)

5  Attorney for Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE
   FOR NEW CENTURY

FILED
SAN DIEGO SUPERIOR COURT
APR 1 8 2008
CLERK OF THE SUPERIOR COURT
BY _____ R. PICHE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

SOUTH COUNTY DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPHINE D. CLEVELAND; and DOES 1 to 6, inclusive<br><br>Defendants. | Case No.: 37-2008-00030649-CL-UD-SC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND JUDGMENT THEREON<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment, Statement of Facts and Memorandum of Points and Authorities in Support of Motion for Summary Judgment by Plaintiff, Plaintiff's Separate Statement of Undisputed Facts and Supporting Evidence on Motion for Summary Judgment, and Declarations of Yolanda Medina and Rene Lozano in Support of Motion for Summary Judgment by Plaintiff<br><br>Date: April 18, 2008<br>Time: 9:30 a.m.<br>Dept: 2<br>Action filed: March 26, 2008<br>Trial date: None assigned |

Plaintiff's DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY motion for summary judgment having come regularly for hearing before the above-entitled court, on the date above-mentioned, and the court having reviewed the motion and supporting documents submitted in support of said motion, and any opposition thereto, having determined that there are no material facts in dispute nor

1  triable controversies with respect to the ownership of the subject real property located at
2  908 Paradise Knoll Court, National City, California 91950 ("Property") and termination of
3  all tenancies, and proof satisfactory to the court having been made that title to the
4  Property has been duly perfected in the name of Plaintiff DEUTSCHE BANK NATIONAL
5  TRUST COMPANY, TRUSTEE FOR NEW CENTURY, by virtue of a Trustee's Deed
6  Upon Sale, recorded in the Official Records for the County of San Diego and the Property
7  was therefore acquired in accordance with Section 2924 of the California Civil Code, and
8  further proof having been made that the Defendant, and each of them, have been duly
9  served with a Notice to Vacate pursuant to Code of Civil Procedure section 1162 and said
10 Defendant(s) have remained in possession of the Property after the expiration of the
11 Notice to Vacate, and accordingly, unlawfully detain the Property in violation of Code of
12 Civil Procedure section 1161a and the court having concluded that possession of the
13 Property should be restored to Plaintiff and good cause appearing,
14     IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff,
15 DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY,
16 shall have and recover from Defendant Josephine D. Cleveland and All Unknown
17 Occupants who may claim an interest in possession of the subject property located at
18 908 Paradise Knoll Court, National City, California 91950 the restitution and possession
19 of the Property. A Writ of Possession for the Property shall be issued forthwith. This
20 Court declines to determine the issue of damages and costs in this matter.
21     IT IS SO ORDERED.
22 Dated: APR 1 8 2008
23                                         DIANNE K. O'CONNOR, COMM.
                                           **JUDGE OF THE SUPERIOR COURT**
24
25
26
27
28

[PROPOSED] ORDER

IT IS HEREBY ORDERED:

The *ex parte* application of Movant Josephine D. Cleveland ("Movant") to stay execution of the judgment is DENIED. The San Diego County Sheriff's Department shall proceed forthwith with the lock-out of Movant and All Unknown Occupants at the residential property located at 908 Paradise Knoll Court, National City, CA 91950 as set forth in the Writ of Possession. No further posting of the eviction notice shall be required and no further stays shall be granted. The clerk of the court shall forthwith deliver this Order to the San Diego County Sheriff's Department.

Dated: May 6, 2008

_____
JUDGE/COMMISSIONER OF THE SUPERIOR COURT   Gary S. Bloch, Commissioner

---

1

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOVANTS' EX PARTE APPLICATION TO STAY EXECUTION OF JUDGMENT