1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ROCIO HERRERA (CA Bar No. 237139)
   rherrera@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendants
8  DEUTSCHE BANK NATIONAL TRUST
   COMPANY, TRUSTEE FOR NEW
9  CENTURY and CHASE HOME FINANCE
   LLC
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

14  JOSEPHINE CLEVELAND, PRO SE,         CASE NO.: 08CV0802JM-NLS

15         Plaintiffs,                   JUDGE:   Hon. Jeffrey T. Miller

16  v.                                   NOTICE OF MOTION AND MOTION TO
                                         DISMISS THE THIRD AMENDED
17  DEUTSCHE BANK NATIONAL TRUST         COMPLAINT FOR FAILURE TO STATE
    COMPANY, TRUSTEE FOR NEW CENTURY,    A CLAIM UPON WHICH RELIEF CAN
18  NEW CENTURY MORTGAGE CORP.,          BE GRANTED
    CHASE HOME FINANCE LLC,
19
           Defendant.                    DATE:  June 27, 2008
20                                       TIME:  1:30 p.m.
                                         CRTRM: "16"
21

22                                       Action Filed: 5/1/08

23

24         PLEASE TAKE NOTICE that on June 27, 2008, at 1:30 p.m., or as soon thereafter as the

25  matter may be heard, in Courtroom "16" of the above entitled court, defendants Chase Home

26  Finance LLC ("Chase"), and Deutsche Bank National Trust Company, trustee for New Century

27  ("Deutsche" and collectively "Defendants") will move the Court to dismiss the Complaint of

28  plaintiff of Josephine Cleveland pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure,

1  because the Complaint fails to state a claim upon which relief can be granted.  The motion will be
2  based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the
3  Request for Judicial Notice, and the pleadings and papers filed herein.

4

5  DATED:  May 22, 2008                    ADORNO YOSS ALVARADO & SMITH
                                            A Professional Corporation

7
                                           By:_/s/ S. Christopher Yoo_____
8                                              JOHN M. SORICH
                                               S. CHRISTOPHER YOO
9                                              ROCIO HERRERA
                                               Attorneys for Defendants
10                                             DEUTSCHE BANK NATIONAL TRUST
                                               COMPANY, TRUSTEE FOR NEW CENTURY
11                                             and CHASE HOME FINANCE LLC

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On May 22, 2008, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐   **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐   **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐   (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 22, 2008, at Santa Ana, California.

*/s/ Veronica Delgado*
Veronica Delgado

PROOF OF SERVICE

1054336.1

SERVICE LIST
Josephine Cleveland v. Deutsche Bank, et al.
USDC-Southern District Case No. 08CV0802JM-NLS

Josephine Cleveland
908 Paradise Knoll Court
National City, CA 91950

**Plaintiff in Pro Per**

PROOF OF SERVICE

1054336.1