JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY and CHASE HOME FINANCE LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE CLEVELAND, PRO SE,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, NEW CENTURY MORTGAGE CORP., CHASE HOME FINANCE LLC,<br><br>Defendant. | CASE NO.: 08CV0802JM-NLS<br><br>JUDGE:   Hon. Jeffrey T. Miller<br><br>**NOTICE OF ERRATA RE: ERRONEOUS REFERENCE TO "THIRD AMENDED COMPLAINT" IN NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>DATE:    June 27, 2008<br>TIME:    1:30 p.m.<br>CRTRM:  "16"<br><br>Action Filed: 5/1/08 |

///

///

///

---

1

NOTICE OF ERRATA

08CV0802JM-NLS

1055066.1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Notice of Motion and Motion to Dismiss ("Notice") noticing the Motion to Dismiss for June 27, 2008, at 1:30 p.m. in Courtroom "16" of the above entitled court filed on May 22, 2008, incorrectly referenced "the third amended complaint." The Notice should have stated, the Notice of Motion to Dismiss Complaint and not Third Amended Complaint.

DATED: May 22, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By:_/s/ S. Christopher Yoo_____
    JOHN M. SORICH
    S. CHRISTOPHER YOO
    ROCIO HERRERA
    Attorneys for Defendants
    DEUTSCHE BANK NATIONAL TRUST
    COMPANY, TRUSTEE FOR NEW CENTURY
    and CHASE HOME FINANCE LLC

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On May 22, 2008, I served the foregoing document described as **NOTICE OF ERRATA RE: ERRONEOUS REFERENCE TO "THIRD AMENDED COMPLAINT" IN NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 22, 2008, at Santa Ana, California.

Veronica Delgado

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

**SERVICE LIST**
**Josephine Cleveland v. Deutsche Bank, et al.**
**USDC-Southern District Case No. 08CV0802JM-NLS**

Josephine Cleveland
908 Paradise Knoll Court
National City, CA 91950

**Plaintiff in Pro Per**

PROOF OF SERVICE

1054336.1