Case 3:08-cv-00802-JM-NLS   Document 20   Filed 06/20/2008   Page 1 of 5

JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY and CHASE HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE CLEVELAND, PRO SE, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, NEW CENTURY MORTGAGE CORP., CHASE HOME FINANCE LLC, <br><br> Defendant. | CASE NO.: 08CV0802JM-NLS <br><br> JUDGE: Hon. Jeffrey T. Miller <br><br> REPLY RE: NON-OPPOSITION TO MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED <br><br> DATE: June 27, 2008 <br> TIME: 1:30 p.m. <br> CRTRM: "16" <br><br> Action Filed: 5/1/08 |

## MEMORANDUM OF POINTS & AUTHORITIES

Defendants Chase Home Finance LLC ("Chase") and Deutsche Bank National Trust Company, trustee for New Century ("Deutsche" and collectively "Defendants"), respectfully submit this Reply re: Non-Opposition to the Motion to Dismiss the complaint of plaintiff Josephine

1  Cleveland ("Plaintiff" or "Cleveland").

2  **I.     SUMMARY OF ARGUMENT**

3  Defendants filed and served a Motion to Dismiss the Complaint ("Motion") on May 22,
4  2009. *See,* Court Docket No. 17, 18. The hearing on the Demurrer is set for June 27, 2008 at 1:30
5  p.m. in courtroom "16." *Id.*

6  The Southern District of California Local Rule ("Local Rule") 7.1.e.2 requires a party
7  opposing a motion must file a written opposition with the Court <u>at least fourteen calendar days</u>
8  before the motion hearing. Therefore, <u>Plaintiff's opposition to the Motion was due on Friday, June</u>
9  <u>13, 2008</u>. *See,* Declaration of Rocio Herrera ("Herrera Decl."), ¶ 3. Furthermore, Local Rule
10 7.1.f.3.c provides that if an opposing party fails to file papers in the manner required by Local Rule
11 7.1.e.2, that failure may constitute consent to the granting of the motion.

12 To date, Defendants have not received any opposition to the Motion to Dismiss the
13 Complaint. *See,* Herrera Decl., ¶ 4. The Court website also indicates that no opposition has been
14 filed. *See,* Court Docket. The Court should not consider any belated opposition from the Plaintiff
15 and the Motion to Dismiss the complaint must be granted in its entirety without leave to amend.
16 Local Rule 7.1.f.3.c.

17 **II.    CONCLUSION**

18 Defendants respectfully request that the Motion to Dismiss be granted in their entirety
19 without leave to amend.

20

21 DATED: June 20, 2008                    ADORNO YOSS ALVARADO & SMITH
                                           A Professional Corporation
22

23
                                           By: /s/ S. Christopher Yoo
24                                              JOHN M. SORICH
                                                S. CHRISTOPHER YOO
25                                              ROCIO HERRERA
                                                Attorneys for Defendants
26                                              DEUTSCHE BANK NATIONAL TRUST
                                                COMPANY, TRUSTEE FOR NEW CENTURY
27                                              and CHASE HOME FINANCE LLC

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

## DECLARATION OF ROCIO HERRERA

I, Rocio Herrera declare as follows

1. I am an attorney at law, licensed to practice in the State of California and before this Court. I am an associate with the law firm Adorno, Yoss, Alvarado & Smith, a Professional Corporation, counsel of record for defendants Chase Home Finance LLC ("Chase") and Deutsche Bank National Trust Company, trustee for New Century ("Deutsche" and collectively "Defendants"). I have been duly admitted to practice law in the State of California. I am submitting this Declaration in support of Chase's Motion to Dismiss the Complaint of plaintiff Josephine Cleveland ("Plaintiff"). If called as a witness in this matter, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. My office, on behalf of Defendants, served and filed a Motion to Dismiss the Complaint on May 22, 2008. The hearing on the Demurrer is set for J June 27, 2008 at 1:30 p.m. in courtroom "16."

3. Plaintiff's opposition to the Motion to Dismiss was due on Friday, June 13, 2008. To date, Defendants have not received any opposition to the Motion to Dismiss.

4. I checked the District Court Pacer Docket to determine if Plaintiff had filed an opposition. To date, no opposition has been filed. Therefore, the Court should not consider any belated opposition from Plaintiff.

I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

Executed on June 20, 2008 at Santa Ana, California.

_____
ROCIO HERRERA

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On June 20, 2008, I served the foregoing document described as **REPLY RE: NON-OPPOSITION TO MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June 20, 2008, at Santa Ana, California.

*Veronica Delgado*
Veronica Delgado

PROOF OF SERVICE

1054336.1

SERVICE LIST
Josephine Cleveland v. Deutsche Bank, et al.
USDC-Southern District Case No. 08CV0802JM-NLS

Josephine Cleveland
908 Paradise Knoll Court
National City, CA 91950

**Plaintiff in Pro Per**