FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
JUN 2 4 2008

1  JOSEPHINE CLEVELAND, Pro Se
2  908 Paradise Knoll Court
   National City, CA 91950
3
4  JOSEPHINE CLEVELAND, Pro Se
   Jay Cleveland, Intervenor
5
6
7              IN THE UNITED STATES DISTRICT COURT
8                SOUTHERN DISTRICT OF CALLIFORNIA
9
10 ─────────────────────────────────────────────────────
   JOSEPHINE CLEVELAND,        )
11                             )
            Plaintiff,         ) Case No. 08-CV-0802-JM-NLS
12                             )
   vs.                         )
13                             ) PLAINTIFF JOSEPHINE CLEVELAND'S
   DEUTSCHE BANK NATIONAL      ) MOTION FOR CONTINUANCE, OR FOR
14 TRUST COMPANY, et al.,      ) ADDITIONAL TIME TO FILE OPPOSITION
                               ) OR ALTERNATIVELY FOR LEAVE TO FILE
15          Defendants.        ) AMENDED COMPLAINT AND INTERVENOR'S
16                             ) MOTION TO INTERVENE
17 ─────────────────────────────────────────────────────

18     Plaintiff, JOSEPHINE CLEVELAND, moves this Honorable Court
19 for the entry of an Order for leave to file for a continuance,
20 for additional time to file in opposition to Motion to Dismiss,
21 or alternatively for leave to amend pleadings, and Intervenor
22 Jay Cleveland moves for the entry of an Order allowing him to
23 intervene in this matter, and as grounds therefore would state
24 as follows:
25     1. Defendant Chase Home Finance, LLC and Deutsche Bank
26 National Trust Company, trustee for New Century have filed a
27 Motion to Dismiss Plaintiff's Third Amended Complaint for
28 Failure to State a Claim upon which relief can be granted.

2. Plaintiff needs and requires additional time for leave to file for a continuance, or alternatively for additional time to file an opposition to the Motion to Dismiss, or alternatively for leave to file an amended complaint.

3. Plaintiff requires a continuance or additional time in that she is unable and unavailable to file her opposition to Defendants Motion to Dismiss. Due to her WO, it makes it extremely difficult for her to draft pleadings, to do necessary research and to attend hearings submit responses and opposition to pleadings, memoranda of points and authorities and so forth.

4. Plaintiff only recently became aware of the June 27, 2008 hearing date and has not submitted a timely opposition. Plaintiff requires a continuance, or alternatively for additional time to file her opposition to the Motion to Dismiss, or alternatively for leave to file an amended Complaint.

5. Plaintiff's Motion for a continuance, for additional time or alternatively for leave to amend pleadings and intervenor's Motion to Intervene should be granted in the interest of fairness and judicial economy in order to fully adjudicate the rights of all of the parties in one proceeding.

6. Other grounds to be argued ore tenus.

7. Intervenor Jay Cleveland moves this Honorable Court for the entry of an Order allowing him to intervene in this matter in order to protect his interest in the subject property as the spouse of Plaintiff.

WHEREFORE, Plaintiff Josephine Cleveland respectfully prays that this Honorable Court grant her Motion for a Continuance, for additional time or alternatively for leave to file amended

pleadings, and that the Court allow Intervenor Jay Cleveland to intervene in this matter, and that the Court grant such other and further relief as the Court deems equitable, appropriate and just.

### DECLARATION AND PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Continuance, for additional time or alternatively for leave to file amended pleadings, and has been furnished to Christopher Yoo, Adorno, Yoss Alvarado & Smith, Attorneys for Defendants by U.S. mail with sufficient postage affixed to 1 MacArthur Place, Suite 200, Santa Ana, CA 92707 this 24th, day of June, 2008.

Josephine Cleveland, Plaintiff
908 Paradise Knoll Court
National City, CA 91950
Phone 619-434-4779

Jay Cleveland, Intervenor
908 Paradise Knoll Court
National City, CA 91950
Phone 619-434-4779



```
                                                          Jun. 24 2008 01:55PM

                                        YOUR LOGO    : 000 0LD
                                        YOUR FAX NO. : 0000000000

NO. OTHER FACSIMILE      START TIME      USAGE TIME  MODE   PAGES  RESULT
01  17148526899          Jun.24 01:53PM   01'24      SND.    04    OK


        TO TURN OFF REPORT, PRESS 'MENU' #04.
        THEN SELECT OFF BY USING '+' OR '-'.

 FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).
```

  

**Subject:** PLAINTIFF MOTION TO CONTINUANCE
**Date:** 6/24/2008

**To:** JOHN M. SORICH, S.CHRISTOPHER YOO, ROCIO HERRERA &
ADORNO YOSS ALVARADO & SMITH
Attorneys for DEUTSCHE BANK NATIONAL TRUST, COMPANY, TRUSTEE
FOR NEW CENTRUY AND CHASE HOME FINANCE
**Phone Number:** 714-852-6800
**Fax Number:**   714- 852-6899

**From:** JAY CLEVELAND
**Phone Number:** 619-581-3725
**Fax Number:** 619-434-4817

**Comments:**

See attachment case # 08-cv-0802-jm-nls