# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE CLEVELAND,<br><br>                              Plaintiff,<br>  vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>                            Defendants. | CASE NO. 08cv0802 JM(NLS)<br><br>ORDER GRANTING MOTION FOR CONTI NUANCE TO RESPOND TO MOTION TO DISMISS |

On or about June 25, 2008 the court received from Plaintiff a motion to continue the June 27, 2008 hearing date on Defendant's motion to dismiss. Plaintiff, proceeding <u>in propria persona</u>, represents that she needs additional time to prepare an opposition to the motion to dismiss. For good cause shown, the court grants the motion to continue. Plaintiff shall file and serve an opposition to the motion by July 22, 2008. Defendants may file a reply brief no later than August 1, 2008. At that time, pursuant to Local Rule 7.1(d)(1), this matter will be taken under submission without oral argument.

In the motion to continue Plaintiff also requests leave to file an amended complaint and a motion to intervene. The court notes that Local Rule 7.1 requires parties to contact chambers for motion hearing dates. Plaintiff is instructed to comply

/ / /

1 | with the Local Rules by contacting chambers to obtain a noticed hearing date.

2 | **IT IS SO ORDERED.**

3 | DATED: July 1, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: parties