1  JOSEPHINE CLEVELAND, Pro Se
2  908 Paradise Knoll Court
   National City, CA 91950
3  Phone: 619-434-4779

4

5  JOSEPHINE CLEVELAND, Pro Se
   Jay Cleveland, Intervenor
6

7

8

9

**FILED**

08 JUL 28 PM 2: 54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:          C&c          DEPUTY

**NUNC PRO TUNC**

JUL 2 2 2008

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALLIFORNIA

10

11  _____

12  JOSEPHINE CLEVELAND,              )

13           Plaintiff,                )Case No. 08-CV-0802-JM-NLS

    vs.                               )
14                                     )PLAINTIFF JOSEPHINE CLEVELAND'S
15  DEUTSCHE BANK NATIONAL            )OPPOSITION TO MOTION TO THE MOTION
    TRUST COMPANY, et al.,            )TO DISMISS OR ALTERNATIVELY FOR
16                                     )LEAVE TO FILE AMENDED COMPLAINT
           Defendants.                )
17                                     ) No Hearing Set.   No Oral Argument

18  _____

19

20       Plaintiff, JOSEPHINE CLEVELAND ("Cleveland"), submits the following

    opposition to defendants Deutsche Bank National Trust Company, New Century
21
    Mortgage Corporation and Chase Home Finance, LLC's (collectively, "Defendants")
22
    motion to dismiss or alternatively for leave to amend the complaint.
23
                                    1.
24
                        SUMMARY OF OPPOSITION
25
         Plaintiff's= action arises from defendants= wrongful foreclosure on plaintiff's real
26
    property.  Defendants have no proven right or legal authority to foreclose on Plaintiff's
27
    real property, located at  908 Paradise Knoll Court, National City', California.
28
                                     1

                   OPPOSITION TO MOTION TO DISMISS

Plaintiff bases this opposition on statutory violations and lending industry practices which excuse their flagrant industry violations and omissions to continue consumer deception. Their misconduct over the years in intentionally misrepresenting their fraud on the consumer includes fraud on the court as well as fraud on the consumer.

Issues Raised by Plaintiff. CLEVELAND seeks to resolve the matter of title to the property and accounting of an alleged unpaid promissory note. CLEVELAND claims all the rights and protections under federal and state laws prohibiting wrongful predatory acts and statutory violations. As a consequence of defendants' continuing wrongful conduct, CLEVELAND asserted causes of action against defendants stemming from their fraud and fraud related causes of action. CLEVELAND further seeks to enjoin and restrain the Defendant from further deceptive acts and practices which are likely to deceive the public if allowed to continue.

However, ineptly pled, plaintiff's pleadings give notice of defendants' wrongful disclosure. Should the Court find that the complaint as pled lacks sufficient particularity, plaintiff requests leave of the court to amend the complaint with more specificity to correct known errors and set forth in more complete detail the legitimate claims of plaintiff and her spouse. CLEVELAND is now informed that defendant Chase is merely a loan servicer and has no liability for its acts as agent of the lender, and any such liability must be attributed to its principal, the other liable defendants. [Notice to the agent is notice to the Principle.] Further the factual allegations may be pled with more clarity in an amended complaint

Factual Background. The borrower became aware of the incredible wrongful act and activities of defendants as she and her spouse attempted to work out a troubled

2

loan.  However, defendants proceeded without notice against borrowers rights with

deceptive conduct, collusion and refusal to respond to inquiries from CLEVELAND

overriding her protesting inquiries.  CLEVELAND was denied validation of the alleged

debt and denied an audited accounting of the charges, fees, payments and tender on

the alleged loan.  As a result, there is nothing to actually validate the loan.

2.

<u>COMPLAINT DOES STATE  CAUSES OF ACTION AGAINST DEFENDANTS</u>

The clear and certain underlying facts apply to each cause of action set forth in the

Complaint.  The complaint properly asserts each cause of action against defendants

however ineptly.    Defendants set wrongful foreclosure of the real property and with

intentional, extreme and outrageous conduct and falsely hide behind broad allegations

that the complaint does not state a cause of action.  Defendants tacitly admit that (they)

by non response admit to the facts alleged by plaintiff.  Further defendants have not

provided accounting for plaintiff's payments and tender nor did they provide verification

of the alleged debt.  Notice to Agent is Notice to Principal; Notice to Principal is Notice

to Agent.

Under commercial law, a foreclosure sale that results in the lender taking back the

property results in a "no sale".  Accordingly,   the subject property has merely reverted

to defendants in a "no sale".  Plaintiff is seeking damages in quiet title relief in that the

recorded documents must be cancelled and title restored to plaintiff.   Defendants admit

that New Century Mortgage Corporation 's ("New Century") Deed of Trust <u>was assigned</u>

to Deutsche Bank National Trust Company, Trustee for New Century on February 7,

2008;  Deutsche allegedly was sold the subject property; Deutsche allegedly was forced

3

OPPOSITION TO MOTION TO DISMISS

to bring an unlawful detainer against plaintiff in Superior Court of California and seeks

possession of the subject property.  At no time did defendants prove that they

proceeded with a lawful foreclosure action.  Accordingly, the court must deny

defendants' motion to dismiss the complaint.

3.

## THE COURT MUST DETERMINE OR CONFIRM WRONGFUL FORECLOSURE SALE

## WHERE DEFENDANT ACTIVITIES VIOLATE

FEDERAL AND STATE STATUTES AND CODES.

In determining whether a wrongful disclosure is unfair or deceptive acts or

unlawful practices and violate Federal and state statutes and codes, the court is

required to take into account representations made or suggested as well as the extent

to which the defendant fails to reveal facts material in light of such representations or

material with respect to consequences which may result from the conditions as are

customary or usual.  Where such an act(s) violates Federal and state statutes and

codes, the court of law and the court of statutory procedures has no enforcement

If Defendants are not the holder in due course ("HIDC"), the court is being told

that they have a right to foreclosure when they do not. The only one with foreclosure

rights is the HIDC.  To be the HIDC you must have the original wet ink signature note.

All others are Holder for Value ("HFV") and have very limited rights.

The court must not determine or confirm a foreclosure sale if:

(1) title is misrepresented and/or there is no commercial sale;

(2) the original, unaltered note is not produced;

(3)  there is a holder in due course, not simply a holder for value; and/or

4

OPPOSITION TO MOTION TO DISMISS

(4) there is illegal securitization; and

(5) the contract terms were unconscionable and/or statutory violations are determined by wrongful foreclosure sale which was conducted fraudulently,  or justice otherwise was not done.

Plaintiff has identified the known date of the incident and the activities prior to the incident.  Specific facts are anticipated to be disclosed in discovery.   Because the defendants directly or indirectly caused or had employees and/or agents who were present during the incident, the court may reasonably find that they participated in the incident. See, Rutherford v. Berkeley, 780 F.2d 1444, 14448 (9th Cir. 1986).

Accordingly, the court must deny the motion to dismiss the complaint.

4.

## THE COURT MUST REQUIRE DEFENDANT CREDITORS FORECLOSING ON BORROWERS TO SHOW PROOF OF OWNERSHIP.

Because most foreclosures proceed without challenges from borrowers few judges have forced defendant creditors foreclosing on borrowers to show proof ownership. The big issue is who really owns the mortgage note, and is allegedly what they illegally securitized.  A collateral question is: has that mortgage note really been transferred and assigned to the securitization trust?

In the past year California judges have dismissed lenders in foreclosure cased due to the inability of the trustee and the servicer to prove ownership of the mortgages.  If the homeowner does not object, the judge rubber-stamps the mortgage foreclosure that is being pushed through the system.

Defendant has no proven right or legal authority to foreclose on plaintiff's real property.  A copy of the note does not suffice. Defendant's intentional misrepresentation

5

of their fraud on the consumer and their false representations to the court constitutes a fraud on the court.

### 1.  FORECLOSURE REQUIRES THE ORIGINAL NOTE.

Defendant's long standing practice of non judicial foreclosure does not equate with legal compliance.   Plaintiff provides the court a concrete indication of the manner in which the defendant enforces its deception mandate.  In doing so plaintiff raises concerns that about the meaning of deception where defendant alleges it owns the promissory note and the original contract.  This court is compelled to stop defendants at the gate.

### 2.  NO EVIDENCE OF HOLDER IN DUE COURSE IN POSSESSION OF NOTE:

There is no competent evidence before the court that (1) any party is the holder of the alleged note or the true holder in due course and (2) an audit accounting to prove that a certain balance is due and owing on any alleged note.   Of course, no tender can be submitted without an audited correct accounting.

Unequivocally Federal and state courts rule is that in order to prove the "instrument" possession is mandatory.

### 3.  NO EVIDENCE OF AUDIT ACCOUNTING PROVING CLAIM OF DAMAGES.

In addition another necessary element of proof is: a claim of damages, i.e. an accounting that is signed and dated by the person who is responsible for the account incorporating the general ledger and accounting.  Discrepancies and overcharges and excess fees demand an audit.

### 4.  NO EVIDENCE OF DOCUMENTATION OF OWNERSHIP.    Thus, more

compliance documentation of ownership is required from lenders trying to foreclose. Here the lender has only supplied documents showing an intent to convey the rights in the mortgages rather than proof of ownership as of the foreclosure date.  Defendant arguments of legal standing fall short.  The court is compelled to stop their weak legal arguments.

6

OPPOSITION TO MOTION TO DISMISS

1    Here Lender defendants, as a matter of law, are obligated to properly account and

2  pay out statutory violations and damages to plaintiff.    Accordingly, the complaint and

3  its causes of action are properly pled and/or the court must grant plaintiff leave to

4  amend her pleading.

5                                   5.

6                             CONCLUSION

7        Based on the foregoing, Plaintiff Josephine Cleveland respectfully requests that

8  the Court deny the motion to dismiss in its entirety,  and /or alternatively, allow grant her

9  leave to amend the complaint to plead with specificity to correct any defective pleading.

10 Plaintiff respectfully requests that the court issue an order restraining defendants from

11 taking any action negatively affecting plaintiff's rights to the subject property.

12 Dated:  July 22, 2008

13

14                            _Josephine Cleveland_
                              Josephine Cleveland, Plaintiff
15                            908 Paradise Knoll Court
                              National City, CA 91950
16                            Phone 619-434-4779

17

18

19                    DECLARATION AND PROOF OF SERVICE

20        I HEREBY CERTIFY that a true and correct copy of the foregoing opposition to

21 the motion to dismiss the complaint has been furnished to Christopher Yoo, Adorno,

22 Yoss Alvarado & Smith, Attorneys for Defendants by U.S. mail with sufficient postage

23 affixed to 1 MacArthur Place, Suite 200, Santa Ana, CA 92707 this 22th, day of July,

24 2008.

25                            _Josephine Cleveland_
                              Josephine Cleveland, Plaintiff
26                            908 Paradise Knoll Court
                              National City, CA 91950
27                            Phone 619-434-4779

28

                                    7

                      OPPOSITION TO MOTION TO DISMISS

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on July 21[th], 2008, the undersigned Notary Public mailed to:

**Chase Home Finance LLC   (Copy)**

10790 Rancho Bernado Rd
SAN DIEGO, CA 92127

**New Century Mortgage Corp (Copy)**

350 Commerce , Suite 200
IRVINE ,CA 92602

**DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW
CENTURY,NEW CENTURY, CHASE HOME FINANCE LLC. (Original)**
<u>John  M.  Sorich, S. Christopher Yoo Rocio Herrera Attorney for Defendants</u>
1 MacArthur Place , Suite 200
Santa Ana, California  92707

**Adorno Yoss Alvarado & Smith (Copy)**

Attorneys at Law
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

Hereinafter jointly and severally referenced as "Recipient" or "Recipients," the documents
pertaining to that certain Account # 1003816188 a RESPA QUALIFIED WRITTEN REQUEST,
COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST.
From **Josephine Diaz Cleveland**, as follows:

1.  Due Presentment Under Notary Seal;

2.  RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT &
    VALIDATION OF DEBT LETTER, TILA REQUEST for alleged AURORA LOAN
    SERVICES, LLC.  Account # 1003816188.

3.  Notary's Certificate of Service for Items 1 & 2.

By placing same in a postpaid envelope properly addressed to Recipient at the said address
and depositing same at an official depository under the exclusive face and custody of the U.S.
Postal Service within the State of California.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

3

_C Morton - a Notary Public_
NOTARY PUBLIC

_7/21/2008_
DATE

My commission expires: _April 26, 2011_,      20 _11_

C. Morton, notary public
**FBO: Josephine Diaz Cleveland**
2568 Fenton Place
National City, CA 91950

(Seal)



C. MORTON
COMM. # 1741918
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. APR. 26, 2011

4

# DUE PRESENTMENT UNDER NOTARY SEAL SETTLEMENT

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**From:**    C. Morton, notary public
        **FBO: Josephine Diaz Cleveland**
        2568 Fenton Place
        National City, CA 91950

**To:**    **Respondents:**

    **Chase Home Finance LLC   (Copy)**

    10790 Rancho Bernado Rd
    SAN DIEGO, CA 92127

    **New Century Mortgage Corp (Copy)**

    350 Commerce , Suite 200
    IRVINE ,CA 92602

    **DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW
    CENTURY,NEW CENTURY, CHASE HOME FINANCE LLC. (Original)
    John  M.  Sorich, S. Christopher Yoo Rocio Herrera Attorney for Defendants**
    1 MacArthur Place , Suite 200
    Santa Ana, California  92707

    **Adorno Yoss Alvarado & Smith (Copy)**

    Attorneys at Law
    1 MacArthur Place, Suite 200
    Santa Ana, CA 92707

**Re:**    RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT &
    VALIDATION OF DEBT LETTER, TILA REQUEST.  **Josephine Diaz Cleveland**

**Service:**    **Notary's Certificate of Service**

Dear Respondents:

    Under authority[1] of the California Statutes governing the office of Notaries and their powers and limitations and the International, US UCC §§ 3-501, 3-502, 3-503, 3-504, 3-505, 1-

---

[1] US Constitution Article IV Section 1 – Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the congress may by general laws prescribe the manner in which such acts, records and proceedings shall be proved, and the effect thereof.

1

307 and California UCC Articles and Sections §§ 3501, 3502, 3503, 3504, 3505, 1307, California Government Code §§ 8205, 8208, 8209, and at the request of Josephine Diaz Cleveland, DUE PRESENTMENT is hereby made of: RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST Certified Mail No **7007 2560 0000 6379 1221,** as noted, in pertaining to that certain **Account # 1003816188.** The documents listed on the attached Certificate of Service from **Josephine Diaz Cleveland,** require you to provide to **Josephine Diaz Cleveland,** an answer, so it is received by the undersigned notary public at the address noted below within sixty (60) days of midnight of the day following your receipt hereof, in any case no later than September 19, 2008.

**Josephine Diaz Cleveland** has requested presentment of this RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST.

Non-performance will be certified in accord with International and US and California UCC Articles and Sections §§ 3-508, 3-509, 3-510, 1-202. Failure to do so shall constitute your **stipulation and confession and consent/agreement** by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law. Evidence of such shall be certified by the public official (Notary Public) noted below.

Failure to fulfill the request within the respective deadlines will be certified for evidentiary purposes.

Thank you kindly for your attention.


WITNESS my hand and official seal.


<u>C Morton - a Notary Public</u>                    <u>July 21, 2008</u>
                                                     DATE

C. Morton, notary public
**FBO: Josephine Diaz Cleveland**
2568 Fenton Place
National City, CA 91950



My commission expires: <u>April 26, 2011,</u>


                                                     (Seal)


**VOID WHERE PROHIBITED BY LAW**


2

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on July 21th, 2008, the undersigned Notary Public mailed to:

**Chase Home Finance LLC   (Copy)**

10790 Rancho Bernado Rd
SAN DIEGO, CA 92127

**New Century Mortgage Corp (Copy)**

350 Commerce , Suite 200
IRVINE ,CA 92602

**DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW
CENTURY,NEW CENTURY, CHASE HOME FINANCE LLC. (Original)**
<u>John  M.  Sorich, S. Christopher Yoo Rocio Herrera Attorney for Defendants</u>
1 MacArthur Place , Suite 200
Santa Ana, California  92707

**Adorno Yoss Alvarado & Smith (Copy)**

Attorneys at Law
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

Hereinafter jointly and severally referenced as "Recipient" or "Recipients," the documents pertaining to that certain Account # 1003816188 a RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST. From **Josephine Diaz Cleveland**, as follows:

1. Due Presentment Under Notary Seal;

2. RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST for alleged AURORA LOAN SERVICES, LLC.  Account # 1003816188.

3. Notary's Certificate of Service for Items 1 & 2.

By placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

C Morton - a Notary Public
NOTARY PUBLIC

7/21/2008
DATE

My commission expires: April 26, 2011 ,    20 11

C. Morton, notary public
**FBO: Josephine Diaz Cleveland**    (Seal)
2568 Fenton Place
National City, CA 91950



4

```
            NATIONAL CITY PO
         NATIONAL CITY, California
               919509998
            0567760950 -0096
07/21/2008    (800)275-8777    02:59:14 PM

─────────── Sales Receipt ───────────
Product            Sale  Unit      Final
Description        Qty   Price     Price

SANTA ANA CA 92707                 $1.51
Zone-2 First-Class
Large Env
 4.40 oz.
  Return Rcpt (Green Card)         $2.20
  Certified                        $2.70
  Label #:      70062760000003427684
                            ========
  Issue PVI:                       $6.41

IRVINE CA 92602 Zone-2             $1.51
First-Class Large Env
 4.40 oz.
                            ========
  Issue PVI:                       $1.51

SAN DIEGO CA 92127                 $1.51
Zone-1 First-Class
Large Env
 4.30 oz.
                            ========
  Issue PVI:                       $1.51


Total:                             $9.43

Paid by:
Cash                              $10.00
Change Due:                       -$0.57

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000401056766
Clerk: 04

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
      Thank you for your business.
**************************************
**************************************
          PICK UP A FREE
       RECYCLING ENVELOPE
   Take an envelope to recycle your inkjet
cartridge, cell phone or small electronics
             free of charge!
**************************************
**************************************


**************************************
**************************************
      HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

       YOUR OPINION COUNTS
**************************************
**************************************



              Customer Copy
```

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $1.51 | |
| Certified Fee | | $2.70 | |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.41 | 07/21/2002 |

Sent To  *Morano Voss Alvarado & Smith*
Street, Apt. No.; or PO Box No.  *1 MacArthur Place Ste 200*
City, State, ZIP+4  *Santa Ana CA 92707*

PS Form 3800, August 2006

7006 2760 0000 0342 7684

### *Josephine D Cleveland*
c/o 908 Paradise Knoll Court
National City Ca 91950
Ph: 619-434-4799, Fax: 619-434-4817

**Deutsche Bank National Trust Company, Trustee**
**For New  Century  and Chase Home Finance LLC.**
1 MacArthur Place Suite 200
  Santa Ana , California 92707

ATTN: ACCOUNT MANAGER

Certified Mail #: **7006 2760 0000 0342 7684**

July 20, 2008

# RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST

**This letter is a "qualified written request" in compliance with and under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e) and Regulation X at 24 C.F.R. 3500, and The Gramm Leach Bliley Act.**

REF: Alleged Account # 1003816188

Dear Madam or Sir:

I am writing to you to complain about the accounting and servicing of this mortgage and my need for understanding and clarification of various sale, transfer, funding source, legal and beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, analyses and records related to the servicing of this account from its origination to the present date.

To date, the documents and information I have, that you have sent, and the conversations with your service representatives, have been unproductive and have not answered many questions. It is my understanding that your company may have been accused of engaging in one or more predatory servicing or lending and servicing schemes. As a consumer, I am extremely concerned about such practices by anyone, let alone this mortgage company or anyone who has any interest this matter. I am concerned that such abuses are targeting the uneducated and uninformed consumer and disadvantaged, poor, elderly and minority Americans.

Needless to say, I am most concerned. I am worried that potential fraudulent and deceptive practices by unscrupulous mortgage brokers; sales and transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; deceptive, abusive and

Josephine D. Cleveland - RESPA REQUEST                                    Page 1 of 19

fraudulent accounting tricks and practices may have also negatively affected any credit rating, mortgage account and/or the debt or payments that I am currently, or may be legally obligated to. I hereby demand absolute 1st hand evidence from you of the original uncertificated or certificated security regarding account number 1003816188. In the event you do not supply me with the very security it will be a positive confirmation on your part that you never really created and owned one. I also hereby demand that a chain of transfer from you to wherever the security is now be promptly sent to me as well. Absent the actual evidence of the security I have no choice but to dispute the validity of your lawful ownership, funding, entitlement right, and the current debt you allege I owe. By debt I am referring to the principal balance you claim I owe; the calculated monthly payment, calculated escrow payment and any fees claimed to be owed by you or any trust or entity you may service or subservice for.

I must remind you that on two separate occasions, April 17th, 2008 and again on May 8, 2008, sent USPS Certified Mail, I requested validation of the debt to date I have no answer.

**To independently validate this debt, I need to conduct a complete exam, audit, review and accounting of this mortgage account from its inception through the present date. Upon receipt of this letter, please refrain from reporting any negative credit information [if any] to any credit reporting agency until you respond to each of the requests.**

I also request that you kindly conduct your own investigation and audit of this account since its inception to validate the debt you currently claim I owe. I would like you to validate this debt so that it is accurate to the penny!

Please do not rely on previous servicers or originators records, assurances or indemnity agreements and refuse to conduct a full audit and investigation of this account.
I understand that potential abuses by you could have deceptively, wrongfully, unlawfully, and/or illegally:
Increased the amounts of monthly payments.
Increased the principal balance I owe;
Increased escrow payments;
Increased the amounts applied and attributed toward interest on this account;
Decreased the proper amounts applied and attributed toward principal on this account; and/or
Assessed, charged and/or collected fees, expenses and misc. charges I am not legally obligated to pay under this mortgage, note and/or deed of trust.

I request you insure that I have not been the victim of such predatory servicing or lending practices.  To insure this, I have authorized a thorough review, examination, accounting and audit of mortgage account # 1003816188 by mortgage auditing and predatory servicing or lending experts. This exam and audit will review this mortgage account file from the date of initial contact, application and the origination of this account to the present date written above.

Again this is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 § 2605 (e)(1)(B) (e) and Reg. X § 3500.21(f)2 of the United States Code as well as a request under Truth In Lending Act [TILA] 15 U.S.C. § 1601, et seq. RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within sixty [60] days of its receipt!

In order to conduct the examination and audit of this loan, I need to have full and immediate

Josephine D. Cleveland - RESPA REQUEST                    Page 2 of 19

disclosure including copies of all pertinent information regarding this loan. The documents requested and answers to my questions are needed by my self and others to insure that this loan:

Was originated in lawful compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Act, HOEPA and other laws;

That any sale or transfer of this account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with complete disclosure to all parties with an interest;

That the claimed holder in due course of the monetary instrument/deed of trust/asset is holding such note in compliance with statutes, State and Federal laws and is entitled to the benefits of payments;

That all good faith and reasonable disclosures of transfers, sales, Power of Attorney, monetary instrument ownership, entitlements, full disclosure of actual funding source, terms, costs, commissions, rebates, kickbacks, fees etc. were and still are properly disclosed to me;

That each servicers and/or sub-servicers of this mortgage has serviced this mortgage in accordance with statute, laws and the terms of mortgage, monetary instrument/deed of trust;

That each servicers and sub-servicers of this mortgage has serviced this mortgage in compliance with local, state and federal statutes, laws and regulations;

That this mortgage account has properly been credited, debited, adjusted, amortized and charged correctly;

That interest and principal have been properly calculated and applied to this loan;

That any principal balance has been properly calculated, amortized and accounted for;
that no charges, fees or expenses, not obligated by me in any agreement, have been charged, assessed or collected from this account;

In order to validate this debt and audit this account, I need copies of pertinent documents to be provided to me. I also need answers, certified, in writing, to various servicing questions. For each record kept on computer or in any other electronic file or format, please provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account number or my name.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please also provide copies of:

1)       Any certificated or uncertificated security, front and back, used for the funding of account # 1003816188.

2)       Any and all "Pool Agreement(s)" including account # 1003816188 between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any government sponsored entity, hereinafter (GSE).

3)      Any and all "Deposit Agreement(s)" regarding account # 1003816188 or the "Pool Agreement" including account # 1003816188 between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

4)      Any and all "Servicing Agreement(s)" between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

5)      Any and all "Custodial Agreement(s)" between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

6)      Any and all "Master Purchasing Agreement" between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

7)      Any and all "Issuer Agreement(s)" between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

8)      Any and all "Commitment to Guarantee" agreement(s) between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

9)      Any and all "Release of Document agreements" between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

10)     Any and all "Master Agreement for servicer's Principle and Interest Custodial Account" between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

11)     Any and all "Servicers Escrow Custodial Account" between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

12)     Any and all "Release of Interest" agreements between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and any GSE.

13)     Any Trustee agreement(s) between DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. and DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC.'s trustee regarding account # 1003816188 or pool accounts with any GSE.

14)     Please send to the requester a copy of any documentation evidencing any trust relationship regarding the Mortgage/Deed of Trust **and** any Note in this matter.

Josephine D. Cleveland - RESPA REQUEST                    Page 4 of 19

15)     Please send to the requester a copy of any and all document(s) establishing any Trustee of record for the Mortgage/Deed of Trust **and** any Note.

16)     Please send to the requester a copy of any and all document(s) establishing the date of any appointment of Trustee Mortgage/Deed of Trust **and** any Note. Please also include any and all assignments or transfers or nominees of any substitute trustee(s).

17)     Please send to the requester a copy of any and all document(s) establishing any Grantor for this Mortgage/Deed of Trust **and** any Note.

18)     Please send to the requester a copy of any and all document(s) establishing any Grantee for this Mortgage/Deed of Trust **and** any Note.

19)     Please send to the requester a copy of any and all document(s) establishing any Beneficiary for this Mortgage/Deed of Trust **and** any Note.

20)     Please send to the requester any documentation evidencing the Mortgage or Deed of trust is **not** a constructive trust or any other form of trust.

21)     All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel or Fidelity CPI system, or any other similar mortgage servicing software used by you, any servicers, or sub-servicers of this mortgage account from the inception of this account to the date written above.

22)     All descriptions and legends of all Codes used in your mortgage servicing and accounting system so that the examiners, auditors and experts retained to audit and review this mortgage account may properly conduct their work.

23)     All assignments, transfers, allonge, or other document evidencing a transfer, sale or assignment of this mortgage, deed of trust, monetary instrument or other document that secures payment by me to this obligation in this account from the inception of this account to the present date including any such assignments on MERS.

24)     All records, electronic or otherwise, of assignments of this mortgage, monetary instrument or servicing rights to this mortgage including any such assignments on MERS.

25)     All deeds in lieu, modifications to this mortgage, monetary instrument or deed of trust from the inception of this account to the present date.

26)     The front and back of each and every canceled check, money order, draft, debit or credit notice issued to any servicers of this account for payment of any monthly payment, other payment, escrow charge, fee or expense on this account.

27)     All escrow analyses conducted on this account from the inception of this account until the date of this letter;

28)     The front and back of each and every canceled check, draft or debit notice issued for payment of closing costs, fees and expenses listed on any and all disclosure statement(s) including, but not limited to, appraisal fees, inspection fees, title searches, title insurance fees, credit life insurance premiums, hazard insurance premiums, commissions, attorney fees, points, etc.

29)     Front and back copies of all payment receipts, checks, money orders, drafts, automatic debits and written evidence of payments made by others or me on this account.

30)     All letters, statements and documents sent to me by your company;

31)     All letters, statements and documents sent to me by agents, attorneys or representatives of your company;

32)     All letters, statements and documents sent to me by previous servicers, sub-servicers or others in your account file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicers, servicers, attorney or other representative of your company.

33)     All letters, statements and documents contained in this account file or imaged by you, any servicers or sub-servicers of this mortgage from the inception of this account to present date.

34)     All electronic transfers, assignments, sales of the note/asset, mortgage, deed of trust or other security instrument.

35)     All copies of property inspection reports, appraisals, BPOs and reports done on the property.

36)     All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense, which has been charged to this mortgage account from the inception of this account to the present date.

37)     All checks used to pay invoices for each charged such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this mortgage account from the inception of this account to the present date.

38)     All agreements, contracts and understandings with vendors that have been paid for any charge on this account from the inception of this account to the present date.

39)     All account servicing records, payment payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, account histories, accounting records, ledgers, and documents that relate to the accounting of this account from the inception of this account until present date?

40)     All account servicing transaction records, ledgers, registers and similar items detailing how this account has been serviced from the from the inception of this account until present date?

Further, in order to conduct the audit and review of this account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of this mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below.

## ACCOUNT ACCOUNTING & SERVICING SYSTEMS

1)      Please identify for me each account, accounting, and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date so that these experts can decipher the data provided.

2)      For each account accounting and servicing system identified by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the name and address of the company or party that designed and sold the system.

3)      For each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the complete transaction code list for each system so that I, and others can adequately audit this account.

## DEBITS & CREDITS

1)      In a spreadsheet form or in letter form in a columnar format, please detail for me each and every credit on this account and the date such credit was posted to this account as well as the date any credit was received.

2)      In a spreadsheet form or in letterform in a columnar format, please detail for me each and every debit on this account and the date debit was posted to this account as well as the date any debit was received.

3)      For each debit or credit listed, please provide me with the definition for each corresponding transaction code you utilize?

4)      For each transaction code, please provide us with the master transaction code list used by you or previous servicers.

## MORTGAGE & ASSIGNMENTS

1)      Has each sale, transfer or assignment of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in the county property records in the county and state in which my property is located from the inception of this account to the present date? Yes or No?

2)      If not, why?

3)      Is your company the servicers of this mortgage account or the holder in due course and beneficial owner of this mortgage, monetary instrument and/or deed of trust?

4)      Have any sales, transfers or assignments of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in any electronic fashion such as MERS or other internal or external recording system from the inception of this account to the present date? Yes or No?

5)      If yes, please detail for me the names of each seller, purchaser, assignor, assignee or any holder in due course to any right or obligation of any note, mortgage, deed or security instrument I executed securing the obligation on this account that was not recorded in the county records where my property is located whether they be mortgage servicing rights or the beneficial interest in the principal and interest payments.

**ATTORNEY FEES**

1)      For purposes of my questions below dealing with attorney fees, please consider the terms attorney fees and legal fees to be one in the same.

2)      Have attorney fees ever been assessed to this account from the inception of this account to the present date?

3)      If yes, please detail each separate assessment, charge and collection of attorney fees to this account from the inception of this account to the present date and the date of such assessment to this account?

4)      Have attorney fees ever been charged to this account from the inception of this account to the present date?

5)      If yes, please detail each separate charge of attorney fees to this account from the inception of this account to the present date and the date of such charge to this account?

6)      Have attorney fees ever been collected from this account from the inception of this account to the present date?

7)      If yes, please detail each separate collection of attorney fees from this account from the inception of this account to the present date and the date of such collection from this account?

8)      Please provide for me the name and address of each attorney or law firm that has been paid any fees or expenses related to this account from the inception of this account to the present date?

9)      Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment, charge or collection of attorney fees?

10)     Please detail and list for me in writing each separate attorney fee assessed to this account and for which corresponding payment period or month such fee was assessed from the inception of this account to present date.

11)     Please detail and list for me in writing each separate attorney fee collected from this account and for which corresponding payment period or month such fee was collected from the inception of this account to present date.

12)     Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reasons for such adjustment.

13)     Please detail and list for me in writing any adjustments in attorney fees collected and on what date such adjustment were made and the reasons for such adjustment.

14)     Has interest been charged on any attorney fee assessed or charged to this account? Yes or No?

15)     Is interest allowed to be assessed or charged on attorney fees charged or assessed to this account? Yes or No?

Josephine D. Cleveland - RESPA REQUEST                              Page 8 of 19

16)    How much in total attorney fees have been assessed to this account from the inception of this account until present date? $_____

17)    How much in total attorney fees have been collected on this account from the inception of this account until present date? $_____

18)    How much in total attorney fees have been charged to this account from the inception of this account until present date? $_____

19)    Please send to me copies of all invoices and detailed billing statements from any law firm or attorney that has billed such fees that been assessed or collected from this account.

**SUSPENSE/UNAPPLIED ACCOUNTS**
For purposes of this section, please treat the term suspense account and unapplied account as one in the same.

1)    Has there been any suspense or unapplied account transactions on this account from the inception of this account until present date?

2)    If yes, please explain the reason for each and every suspense transaction that occurred on this account? If no, please skip the questions in this section dealing with suspense and unapplied accounts.

3)    In a spreadsheet or in letter form in a columnar format, please detail for me each and every suspense or unapplied transaction, both debits and credits that has occurred on this account from the inception of this account until present date?

**LATE FEES**
For purposes of my questions below dealing with late fees, please consider the terms late fees and late charges to be one in the same.

1)    Have you reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

2)    Has any previous servicers or sub-servicers of this mortgage reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

3)    Do you consider the payment of late fees as liquidated damages to you for not receiving payment on time? Yes or No?

4)    Are late fees considered interest? Yes or No?

5)    Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

6)    Were any of these expenses or damages charged or assessed to this account in any other way? Yes or No?

Josephine D. Cleveland - RESPA REQUEST                    Page 9 of 19

7)    If yes, please describe what expenses or charges were charged or assessed to this account?

8)    Please describe for me in writing what expenses you or others undertook due to any payment I made, which was late?

9)    Please describe for me in writing what damages you or others undertook due to any payment I made, which was late?

10)    Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed authorized the assessment or collection of late fees?

11) Please detail and list for me in writing each separate late fee assessed to this account and for which corresponding payment period or month such late fee was assessed from the inception of this account to present date.

12)    Please detail and list for me in writing each separate late fee collected from this account and for which corresponding payment period or month such late fee was collected from the inception of this account to present date.

13)    Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reasons for such adjustment.

14)     Has interest been charged on any late fee assessed or charged to this account? Yes or No?

15)    Is interest allowed to be assessed or charged on late fees charged or assessed to this account? Yes or No?

16)    Have any late charges been assessed to this account? Yes or No?

17)    If yes, how much in total late charges have been assessed to this account from the inception of this account until present date? $_____

18)    Please provide me with the exact months or payment dates you or other previous servicers of this account claim I have been late with a payment from the inception of this account to the present date.

19)    Have late charges been collected on this account from the inception of this account until present date? Yes or No?

20)    If yes, how much in total late charges have been collected on this account from the inception of this account until present date? $_____

**PROPERTY INSPECTIONS**
1)    For purposes of this section property inspection and inspection fee refer to any inspection of property by any source and any related fee or expense charged, assessed or collected for such inspection.

2)      Have any property inspections been conducted on my property from the inception of this account until the present date?

3)      If your answer is no, you can skip the rest of these questions in this section concerning property inspections?

4)      If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for this mortgage, deed or note?

5)      Please tell me the price charged for each property inspection?

6)      Please tell me the date of each property inspection?

7)      Please tell me the name and address of each company and person who conducted each property inspection on my property?

8)      Please tell me why property inspections were conducted on my property?

9)      Please tell me how property inspections are beneficial to me.

10)     Please tell me how property inspections are protective of my property.

11)     Please explain to me your policy on property inspections.

12)     Do you consider the payment of inspection fees as a cost of  collection? Yes or No?

13)     If yes, why?

14)     Do you use property inspections to collect debts? Yes or No?

15)     Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I owe?

16)     If yes, please answer when and why?

17)     Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I signed that authorized the assessment or collection of property inspection fees?

18)     Have you labeled in any record or document sent to me a property inspection as a misc. advance? Yes or No?

19)     If yes, why?

20)     Have you labeled in any record or document sent to me a property inspection as a legal fee or attorney fee? Yes or No?

21)     If yes, why?

Josephine D. Cleveland - RESPA REQUEST                          Page 11 of 19

22)    Please detail and list for me in writing each separate inspection fee assessed to this account and for which corresponding payment period or month such fee was assessed from the inception of this account to present date.

23)    Please detail and list for me in writing each separate inspection fee collected from this account and for which corresponding payment period or month such fee was collected from the inception of this account to present date.

24)    Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment.

25)    Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment.

26)    Has interest been charged on any inspection fees assessed or charged to this account? Yes or No?

27)    If yes, when and how much was charged?

28)    Is interest allowed to be assessed or charged on inspection fees charged or assessed to this account? Yes or No?

29)    How much in total inspection fees have been assessed to this account from the inception of this account until present date? $_____

30)    How much in total inspection fees have been collected on this account from the inception of this account until present date? $_____

31)    Please forward to me copies of all property inspections made on my property in this mortgage account file.

32)    Has any fee charged or assessed for property inspections been placed into escrow account? Yes or no?

**BPO FEES**
1)    Have any BPOs [Broker Price Opinions] been conducted on my property?

2)    If yes, please tell me the date of each BPO conducted on my property that is the secured interest for this mortgage, deed or note?

3)    Please tell me the price of each BPO?

4)    Please tell me who conducted each BPO?

5)    Please tell me why BPOs were conducted on my property

6)    Please tell me how BPOs are beneficial to me.

7)    Please tell me how BPOs are protective of my property.

8)      Please explain to me your policy on BPOs.

9)      Have any BPO fees been assessed to this account? Yes or No?

10)     If yes, how much in total BPO fees have been assessed to this account? $_____

11)     Have any BPO fees been charged to this account? Yes or No?

12)     If yes, how much in total BPO fees have been charged to this account? $_____

13)     Please tell me specifically what clause, paragraph and sentence in the note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect a BPO fee from me.

14) Please send to me copies of all BPO reports that have been done on my property.

15) Has any fee charged or assessed for A BPO been placed into escrow? Yes or no?

**FORCED-PLACED INSURANCE**
1)      Have you placed or ordered any forced-placed insurance polices on my property?

2)      If yes, please tell me the date of each policy ordered or placed on my property that is the secured interest for this mortgage, deed or note?

3)      Please tell me the price of each policy?

4)      Please tell me the agent for each policy?

5)      Please tell me why each policy was placed on my property.

6)      Please tell me how the policies are beneficial to me.

7)      Please tell me how policies are protective of my property.

8)      Please explain to me your policy on forced-placed insurance.

9)      Have any forced-placed insurance fees been assessed to this mortgage or escrow account? Yes or No?

10)     If yes, how much in total forced-placed policy fees have been assessed to this account? $_____

11)     Have any forced-placed insurance fees been charged to this mortgage or escrow account? Yes or No?

12)     If yes, how much in total forced-placed insurance fees have been charged to this mortgage or escrow account? $_____

Josephine D. Cleveland - RESPA REQUEST                    Page 13 of 19

13)    Please tell me specifically what clause, paragraph and sentence in the note, mortgage or deed of trust or any agreement I have executed allows you to assess, charge or collect forced-placed insurance fees from me.

14)    Do you have any relationship with the agent or agency that placed any policies on my property? If yes, please describe.

15)    Do you have any relationship with the carrier that issued any policies on my property? If yes, please describe.

16)    Has the agency or carrier you used to place a forced-placed insurance policy on my property provided you any service, computer system, discount on policies, commissions, rebates or any form of consideration? If yes, please describe.

17)    Do you maintain a blanket insurance policy to protect your properties when customer policies have expired?

18)    Please send to me copies of all forced-placed insurance policies that have been ordered on my property.

**SERVICING RELATED QUESTIONS**
For each of the following questions listed below, please provide me with a detailed explanation in writing that answers each question. In addition, I need the following answers to questions concerning the servicing of this mortgage account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below:

1)    Did the originator or previous servicers of this account have any financing agreements or contracts with your company or an affiliate of your company?

2)    Did the originator of this account or previous servicers of this account have a warehouse account agreement or contract with your company?

3)    Did the originator of this account or previous servicers of this account receive any compensation, fee, commission, payment, rebate or other financial consideration from your company or any affiliate of your company for handling, processing, originating or administering this loan? If yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or other financial consideration paid to the originator of this account by your company or any affiliate.

4)    Please identify for me where the originals of this entire account file are currently located and how they are being stored, kept and protected?

5)    Where is the original monetary instrument or mortgage I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

6)    Where is the original deed of trust or mortgage and note I signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

7)    Since the inception of this loan, has there been any assignment of my monetary instrument/asset to any other party? If the answer is yes, identify *the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment?*

8)    Since the inception of this loan, has there been any assignment of the deed of trust or mortgage and note to any other party? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment?

9)    Since the inception of this loan, has there been any sale or assignment of servicing rights to this mortgage account to any other party? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment or sale.

10)    Since the inception of this loan, has any sub-servicers serviced any portion of this mortgage loan? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has sub-serviced this mortgage loan.

11)    Has this mortgage account been made a part of any mortgage pool since the inception of this loan? If yes, please identify for me each and every account mortgage pool that this mortgage has been a part of from the inception of this account to the present date.

12)    Has each and every assignment of my asset/monetary instrument been recorded in the county land records where the property associated with this mortgage account is located?

13)    Has there been any electronic assignment of this mortgage with MERS [Mortgage Electronic Registration System] or any other computer mortgage registry service or computer program? If yes, please identify the name and address of each and every individual, entity, party, bank, trust or organization or servicers that has been assigned the mortgage servicing rights to this account as well as the beneficial interest to the payments of principal and interest on this loan.

14)    Have there been any investors [as defined in your industry] who have participated in any mortgage-backed security, collateral mortgage obligation or other mortgage security instrument that this mortgage account has ever been a part of from the inception of this mortgage to the present date? If yes, please identify the name and address of each and every individual, entity, organization and/or trust.

15)    Please identify for me the parties and their addresses to all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from its inception to the current date written above.

16)    Please provide me with copies of all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from its inception to the current date written above.

17)    How much was paid for this individual mortgage account by you?

18)    If part of a mortgage pool, what was the principal balance used by you to determine payment for this individual mortgage loan.

Josephine D. Cleveland - RESPA REQUEST                    Page 15 of 19

19)    If part of a mortgage pool, what was the percentage paid by you of the principal balance above used to determine purchase of this individual mortgage loan.

20)    Who did you issue a check or payment to for this mortgage loan?

21)    Please provide me copies with the front and back of canceled check.

22)    Did any investor approve the foreclosure of my property?

23)    Has HUD assigned or transferred foreclosure rights to you as required by 12 USC 3754?

24)    Please identify all persons who approved the foreclosure of my property!

Please provide me with the documents I have requested and a detailed answer to each of my questions within the required lawful time frame. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional QWR letter.

Copies of this Qualified Written Request, Validation of Debt, TILA and request for accounting and legal records, Dispute of Debt letter are being sent to FTC, HUD, Thrift Supervision, all relevant state and federal regulators; and other consumer advocates; and my congressman.

It is my hope that you answer this RESPA REQUEST in accordance with law and the questions, documents and validation of debt to the penny and correct any abuse(s) or scheme(s) uncovered and documented.

**Default Provision(s) under this QUALIFIED WRITTEN RESPA REQUEST**
DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC.'s or any agents, transfers, or assigns omissions of or agreement by silence of this RESPA REQUEST via certified rebuttal of any and all points herein this RESPA REQUEST", agrees, stipulates, and consents to including but not limited by any violations of law and/or immediate terminate/remove any and all right, title and interests (liens) in Josephine Diaz Cleveland or any property or collateral connected to Josephine Diaz Cleveland or account # 1003816188 and waives any and all immunities or defenses in claims and or violations agreed to in this RESPA REQUEST including but not limited by any and all:

   1. Josephine Diaz Cleveland's right, by breach of fiduciary responsibility and fraud and misrepresentation revocation and rescinding of any and all power of attorney or appointment DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. may have or may have had in connection with account # 1003816188 and any property and/or real estate connected with account # 1003816188.

   2. Josephine Diaz Cleveland right to have any certificated or uncertificated security re-registered in Josephine Diaz Cleveland, and only Josephine Diaz Cleveland's name.

3. Josephine Diaz Cleveland's right of collection via DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC.'s liability insurance and/or bond.

4. Josephine Diaz Cleveland entitlement in filing and executing any instruments, as power of attorney for and by DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC., including but not limited by a new certificated security or any security agreement perfected by filing a UCC Financing Statement with the Secretary of State in the State where the DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. Is located.

5. Josephine Diaz Cleveland's right to damages because of DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC.'s wrongful registration, breach of intermediary responsibility with regard to Josephine Diaz Cleveland's asset by DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. issuing to Josephine Diaz Cleveland a certified check for the original value of Josephine Diaz Cleveland's monetary instrument.

6. Josephine Diaz Cleveland right to have account # 1003816188 completely set off because of DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC.'s wrongful registration, breach of intermediary responsibility with regard to Josephine Diaz Cleveland monetary instrument/asset by DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. sending confirmation of set off of wrongful liability of Josephine Diaz Cleveland and issuing a certified check for the difference between the original value of Josephine Diaz Cleveland's monetary instrument/asset and what Josephine Diaz Cleveland mistakenly sent to DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. as payment for such wrongful liability.

DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. or any transfers, agents or assigns offering a rebuttal of this RESPA REQUEST must do so·in the manner of this "RESPA REQUEST" in accordance of and in compliance with current statutes and/or laws by signing in the capacity of a fully liable man or woman being responsible and liable under the penalty of perjury while offering direct testimony with the official capacity as an appointed agent for DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. in accordance with DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC.'s Articles of Incorporation, Article of Incorporation, By Laws duly signed by a current and duly sworn under oath director(s) of such corporation/Holding Corporation/National Association. Any direct rebuttal with certified true and complete accompanying proof must be posted with the <u>Notary Public whose address is listed below within sixty days</u>. When no verified rebuttal of this "RESPA REQUEST" is made in a timely manner, a "Certificate of Non-Response" serves as DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME

FINANCE LLC.'s stipulated judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.

**Power of Attorney:** When DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. fails by not rebutting to any part of this "RESPA REQUEST" DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. agrees with the granting unto Josephine Diaz Cleveland's unlimited **Power of Attorney** and any and all full authorization in signing or endorsing DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC.'s name upon any instruments in satisfaction of the obligation(s) of this RESPA REQUEST/Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. waives any and all claims of Josephine Diaz Cleveland, and/or defenses and remains in effect until satisfaction of all obligation(s) by DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CEENTURY, CHASE HOME FINANCE LLC. has been satisfied.

Sincerely,

Josephine Diaz Cleveland

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on July 11th, 2008, the undersigned Notary Public mailed to:

**Chase Home Finance LLC   (Copy)**

10790 Rancho Bernado Rd
SAN DIEGO, CA 92127

**New Century Mortgage Corp (Copy)**

350 Commerce , Suite 200
IRVINE ,CA 92602

**DEUTSCHE BANK NATIONAL TRUST COMPANY,TRUSTEE FOR NEW CENTURY,NEW CENTURY, CHASE HOME FINANCE LLC. (Original)**
**John  M.  Sorich, S. Christopher Yoo Rocio Herrera Attorney for Defendants**
1 MacArthur Place , Suite 200
Santa Ana, California  92707

**Adorno Yoss Alvarado & Smith (Copy)**
Certified Mail No. **7006 2760 0000 0342 7684**
Attorneys at Law
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

Josephine D. Cleveland - RESPA REQUEST

Page 18 of 19

Hereinafter jointly and severally referenced as "Recipient" or "Recipients," the documents pertaining to that certain Account # 1003816188, regarding **Josephine Diaz Cleveland** as follows:

1. Due Presentment Under Notary Seal, one (3) pages;
2. RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST
3. USPS Proof of Delivery for Items above. (1) page;

By means designated above, Return Receipt Requested, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_C Morton - a Notary Public_      _7/21/08_
NOTARY PUBLIC                                  DATE

My commission expires: ___4/26___,      20_11_

Candis C Morton, notary public
**FBO: Josephine Diaz Cleveland**      (Seal)
2568 Fenton Place
National City , Ca 91950



CC:

1. Federal Trade Commission
600 Pennsylvania Avenue NW,
Washington, DC. 20580

3. Office of RESPA and Interstate Land Sales
Office of Housing, Room 9146
Department of Housing and Urban Development
451 Seventh Street, SW

2. Office of Housing Enterprise Oversight (OFHEO )
1700 G Street, NW., Fourth Floor,
Washington, DC 20552.

Josephine D. Cleveland - RESPA REQUEST      Page 19 of 19