```
1   JOHN M. SORICH (CA Bar No. 125223)
    jsorich@adorno.com
2   S. CHRISTOPHER YOO (CA Bar No. 169442)
    cyoo@adorno.com
3   ADORNO YOSS ALVARADO & SMITH
    A Professional Corporation
4   1 MacArthur Place, Suite 200
    Santa Ana, California 92707
5   Tel: (714) 852-6800
    Fax: (714) 852-6899
6
    Attorneys for Defendants
7   DEUTSCHE BANK NATIONAL TRUST
    COMPANY, TRUSTEE FOR NEW
8   CENTURY and CHASE HOME FINANCE
    LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE CLEVELAND and JAY CLEVELAND,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR NEW CENTURY, NEW CENTURY MORTGAGE CORP., CHASE HOME FINANCE LLC,<br><br>    Defendant. | CASE NO.: 08CV0802JM-NLS<br><br>JUDGE:   Hon. Jeffrey T. Miller<br><br>NOTICE OF MOTION TO DISMISS "THIRD AMENDED COMPLAINT" FOR FAILURE TO STATE A CLAIM<br><br>DATE: October 17, 2008<br>TIME: 1:30 p.m.<br>DEPT: "16"<br>NO ORAL ARGUMENT REQUIRED<br><br>Action Filed: 5/1/08 |

**TO PLAINTIFFS:**

    PLEASE TAKE NOTICE that on October 17, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom "16", of the above-entitled court, located at Southern Division, 880 Front St., San Diego, CA 92101-8900, defendants Deutsche Bank National Trust Company,

1  Trustee for New Century and Chase Home Finance LLC will move the court to dismiss the "Third

2  Amended Complaint"[1] pursuant to Federal Rules of Civil Procedure ("FRCP") §12(b)(6).

4  DATED:  September 10, 2008           ADORNO YOSS ALVARADO & SMITH
                                        A Professional Corporation


                                        By:_/s/ S. Christopher Yoo_____
                                           JOHN M. SORICH
                                           S. CHRISTOPHER YOO
                                           Attorneys for Defendants
                                           DEUTSCHE BANK NATIONAL TRUST
                                           COMPANY, TRUSTEE FOR NEW CENTURY
                                           and CHASE HOME FINANCE LLC

---

[1] Plaintiffs erroneously identify their complaint as a "Third Amended Complaint" when it really is a First Amended Complaint. *See*, Pacer Docket.

1061643.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On September 10, 2008, I served the foregoing document described as **NOTICE OF MOTION TO DISMISS "THIRD AMENDED COMPLAINT" FOR FAILURE TO STATE A CLAIM** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 10, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

PROOF OF SERVICE

1054336.1

**SERVICE LIST**
Josephine Cleveland v. Deutsche Bank, et al.
USDC-Southern District Case No. 08CV0802JM-NLS

Josephine Cleveland
908 Paradise Knoll Court
National City, CA 91950

**Plaintiff in Pro Per**